United States District Court
District of Connecticut
FILED AT   HARTFORD

_2 4_ 20_20_

Robin D. Tabora, Clerk

By _____

Deputy Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. §1915

Finney, John, K _____,

Plaintiff(s),

v.

Case No. 3:20 cv 158 JCH

States of CT & NJ; Attorney Fiedler, & Sawez, Odom;
Defendant(s).
Michelle, Shirley Mignonne Damian Thomas;
Julio Olivieri, Hudson Farms, Carmen Castano
Cameron's Auto Mowing, and Dr. Sohrab Zaheli; Carlos Rizzard

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C.§ 1915. In support of my request, I submit the attached financial affidavit and state that:

   (1)   I am unable to pay such fees, costs, or give security therefor.

   (2)   I am entitled to commence this action against the defendant(s).

   (3)   I request that the court direct the United States Marshal's Service to serve process.

_John Kell_

Original Signature

_Finney John Kell_

Name (print or type)

_22 Grove St Apt. A306_

Street Address

_Windsor Locks, CT   06096_

City       State       Zip Code

_(860) 755-7071_

Telephone Number

Rev. 6-2-17

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. §1915

Finney, John, K

Plaintiff(s),

v.                                                     Case No. ------------------------------

States of CT & NJ; Attorney Fiedler Suarez; and Odom

Defendant(s).    Shirley, Mirjnanne. Damian Thomas; Hudson Farms,
Julio Olivieri, Carmen Castano. Cameron's Auto Towing, Dr. Sohrab Zahedi

I declare that:    Carlos Rizzaro

    (1)    I am unable to pay such fees, costs, or give security therefor.

    (2)    I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my
ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _____   Married _____   Separated _____   Divorced _X_
If separated or divorced, are you paying any support or any form of maintenance?
Yes _X_   No _____
Dependents:   Spouse _____   Children # _1_   Others # _____
and relationship _Daughter_
Please provide the names and ages of your children.   If a child is a minor, please
identify the child by initials only.
Name _Evelyn K Finney_                                 Age _6_
Name _____                           Age _____
Name _____                           Age _____

**RESIDENCE**
Street Address: _22 Grove St. Apt. A306_
City: _Windsor Locks_          State: _CT_

Rev 6-2-17

2

Zip Code: _06096_          Telephone: _860. 758-7071_

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School    K 1 2 3 4 5 6 7 8      High School    9 10 11 12
College    1 2 3 ④  Post-Graduate    1 2 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _New Age Const_
Address of employer: _New Britain, CT_
How long employed by present employer: _____
Gross Income before taxes or other deductions:
            Monthly _____        Weekly _____

If <u>self-employed</u> state gross weekly wages before taxes and deductions:_____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the _20_ day of _May_, _2019_
The name of my last employer: _New Age Construction_
Address: _New Britain, Ct_
Telephone #: (    ) _unknown_
Last salary or wages received (gross amount before taxes and deductions):_____

If <u>spouse</u> is employed, please complete the following:
Name of employer:_____
How long employed: _____
Gross Income before taxes and deductions:
            Monthly _____        Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits since: _____
I am receiving $_____ monthly _____ weekly_____.

**FINANCIAL STATUS**
Owner of real property?   Yes _____   No _✓_

Rev. 6-2-17

3

If yes, description: _____
Address: _____
In whose name? _____
Estimated value:_____
Amount owed: _____
Owed to: _____
Total: _____     Monthly payment _____
Owed to: _____
Total: _____     Monthly payment _____
Annual income from property: _____

Other property:
Automobile:  Make _None_____  Model _____  Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to:  _____
Amount owed: _____

Cash or Securities on hand:
Cash in banks and savings and loan associations: _None_____
Names and addresses of banks and associations: _None_____
_____

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify
bonds : _None_____

**OBLIGATIONS:**
Monthly rental on house or apartment:        $0_____
Monthly mortgage payment on house:           $0_____
Gas bill per month:                          $0_____
Electric bill per month:                     $0_____
Phone bill per month:                        $0_____
Car payments per month:                      $0_____
Car insurance payments per month:            $0_____
Other types of insurance payments per month  $0_____
Monthly payments to retail merchants:        $0_____
   Please list:_____     $0_____
   Please list:_____     $0_____
Monthly payments on any other outstanding
loans or debts:                              $0_____
   Please list:_____     $0_____
   Please list:_____     $0_____

*I am receiving help from mother and girlfriend*

Rev 6-2-17

4

Any money owed to doctors, hospitals, lawyers
   Please list:_____  $0^{00}
   Please list:_____  $0^{00}
Monthly payment for maintenance or child support
under separation or dissolution agreement:  $0^{00}
Estimated monthly expenditure on food:  $0^{00}
Estimated monthly expenditure on clothing:  $0^{00}

Total amount of monthly obligations:  $0^{00}

Other information pertinent to financial status:   (Include stocks, bonds, savings bonds,
interests in trusts either owned or jointly owned):
None.
_____
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each
case you have filed.   If you need additional space, please continue on a separate
sheet.  See  Pg. 14.

   Case Number    Case Caption        Disposition of Case
1. 3:2014-CV-00093 RNC:  Finney v. Dolan  Dismissed
2. 3:2016-CV-01677 VAB:  Finney v. Farber  Dismissed - 2nd Cir Affirm
   3:2017-CV-01578 JCH:  Finney v. Rizzaro, Et Al.  Dismissed
3. 3:2018-CV-01927 AWT:  Finney v. Lychitz  Dismissed
   3:2018-CV-00802 SRU:  Finney v. Cameron's  Dismissed
4. 3:2019-CV-01360 KAD:  Finney v. Motor Vehicles  Dismissed
   3:2019-CV-01182 KAD:  Finney v. Dolan  Dismissed

Date: 2-3-2020 _____

_____
**Original Signature of Affiant**

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that
the foregoing is true and correct to the best of my knowledge and belief.

Date: 2-3-2020 _____

_____
Original Signature of Affiant

Rev. 6-2-17