## APPENDIX PART B

### Table of contents

B1. The health records that show a significant contact with the state of Connecticut

B2. Address still in Warren County

B3. Failure to adhere to the law failure to protect is admitted the police ruled as a civil matter and lack of jurisdiction the final narrative officer young gives legal counsel to a known kidnapper the Printed Matter on the paper is two years into concealment upon request and nothing was done

B4-5. Custody decree dated 12-05-2013, acknowledged by Sussex County Superior Court on July 14th 2014 upon submission of this record plaintiff was thrown in jail

B6. Dismissal of protective order on the merits in the emergency jurisdiction, Warren County New Jersey

B7. Divorce decree New Britain Connecticut 8-7-2014

B8-9. Admittance into p parental kidnapping, confusing jurisdiction, and treason on behalf of Judge Carboneau

B10-11. Miss Thomas still returning to New Britain Superior Court to litigate

B12. Acknowledgement of penalty of perjury signed by Ms. Thomas

B13. Proving Sussex County Superior Court black jurisdiction fraud on the court by judge Dolan

B14. Individuals involved in the Enterprise

B15.  Fraud on the court Judge Farber

B63-72. Dr. Zahedi's deprivation to Fair trial use of bad law

B73. Sussex County Superior Court Judge Amirata part of terroristic Enterprise 2019, undue delay

B74,75b. Treason Judge Critchley Jr., part of enterprise

B76. Dr. Pohl's evaluation, (first evaluation order by Judge Whetstone)

B77. 3rd evaluation

B78-80. 4th evaluation testing conducted

B81-104. Intention of enterprise proves itself as malicious and inadmissible

B105. Fraud on the court

B108. Tiffany Bruders matter proving a bias Court

B109-113. Non adherence to the law Judge Lifshitz treason and aiding into retaliation

B114-117. Proof of fore-knowledge regarding parental kidnapping

B118-126. Cameron's Auto Towing rulings proving retaliation fraud on the court and treason

B127-135. Proof of Treason

B136. Retaliation on third-party

B155 . Excessive and Unreasonable Penalty

B155-157 Bias and Unlawful Penalty

B158 . Illegal Surveillance

B159-173 Appeals to Higher Courts

# APPENDIX PART C

### Table of contents

C1-C10. Police Reports

C11. Compliance with Court Order

C12-C13. 5th Amendment Violation

C14-C15. Nondisclosure of Secretary of State

C16-23. Unobjected Truths

C24. 14th Amendment Violation and bias

C25. Witness

C26-C27. Treason

C28-C30. J.Dolan spoliation, 1st amendment speech and grievance

C31-C32. Evidence chart

C33. Final Judgment

C34-C37. Def. Proposed Orders

C38-43. G.A.L. Recommendations

C44-47. Docket Sheet


**New Jersey**
**Motor Vehicle Commission**

## Monthly Payment Plan for your Outstanding Debt

**MSB**
PO Box 1502
Moorestown, NJ 08057
TOLL FREE (877) 530-7530

Mon – Fri 8AM – 5PM

Date of Letter: 08/23/2019

Dear JOHN K FINNEY,

This letter is to provide you with an opportunity to clear your delinquent status on your surcharges with the State of New Jersey. If you enroll in a MONTHLY PAYMENT PLAN, it will halt all collection activity against you. It will also prevent your account from being assigned to a law firm or secondary debt collection agency for additional legal actions

We want to restore your driving privileges. Please call (877) 530-7530 today to set up a monthly payment plan. Or you may pay your balance of $3,106.41 with the following options

- Visit the website **www.njsurcharge.com** to make payments using a Visa, MasterCard, Discover Card or electronic check (ACH).
- Submit payment by phone by calling (877) 530-7530
- Remit payment in person at any Western Union location
- Remit payment in person at a Motor Vehicle Full Service Agency in Eatontown, Newark, Paterson, Trenton or West Deptford
- To pay by mail, send a check or money order with the bottom portion of this letter detached using the reply envelope we provided.
  Please write your driver license and notice number on your payment. ***DO NOT MAIL CASH***
  Mail to:
  State of New Jersey
  Motor Vehicle Surcharge Violation System
  PO Box 1502
  Moorestown, NJ 08057

This communication is from a debt collector and is an attempt to collect a debt. Any information we obtain will be used for that purpose.

SI NECESIDAD HABLAR CON ALGUIEN EN ESPANOL, LLAMAR AL (877) 530-7530.

---

**DETACH THIS PORTION AND RETURN WITH PAYMENT. PLEASE WRITE DRIVER LICENSE AND NOTICE NUMBER ON YOUR CHECK OR MONEY ORDER.**

If your payment is returned unpaid, a $25.00 fee will be assessed to your surcharge account and you will be required to pay this fee before your account will be considered paid in full".

Notice Date 08/23/2019

| | |
|---|---|
| Due Date: | 09/27/2019 |
| Total Due: | $3,106.41 |
| Minimum Due for Payment Plan: | $156.00 |
| Driver License | F4512 40772 06784 |
| Notice Number | 192300077650 |

MSB3
**MSB**

PO Box 1502
Moorestown, NJ 08057

1095*********T-6*********B-8
JOHN K FINNEY
22 GROVE ST APT A306
WINDSOR LOCKS CT 06096-1847

REMIT PAYMENT TO:
State of New Jersey
Motor Vehicle Surcharge Violation System
PO Box 1502
Moorestown, NJ 08057

02110MSB30F4512407720678419230007765090031064100015600

B 155

U.I.F.S.A. ORDER
696577-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
**FAMILY SUPPORT MAGISTRATE DIVISION**



| INTERSTATE TRIBUNAL AT | CLERK OF THE COURT LOCATED AT | | OUR DOCKET NO. | YOUR DOCKET NO. |
|---|---|---|---|---|
| HARTFORD | 999 ASYLUM AVENUE, HARTFORD, CT 06132-0650 | | 641-18-27 | **CS62081501A** |

| PLAINTIFF'S NAME | PLAINTIFF'S ATTORNEY *(Name if applicable)* | | AAG PRESENT? | ☐ YES ☐ NO |
|---|---|---|---|---|
| **TIFFANY L BRUDER** | | | | |

| DEFENDANT'S NAME | | DEFENDANT'S ATTORNEY *(Name if applicable)* | | DEFENDANT IN MILITARY? | ☐ YES ☐ NO |
|---|---|---|---|---|---|
| **JOHN FINNEY** | ☒ Present ☐ Not Present | JASON GODDARD, LAW OFFICES OF | ☒ Present ☐ Not Present | | |

| CASE DESCRIPTION | CASE TYPE ☐ Paternity ☐ Support ☒ Other *(Specify):* CONTEMPT | TYPE OF MOTION ☒ Contempt ☐ Modification ☐ Initial Order | CASE STATUS ☒ IV-D ☐ NON IV-D |
|---|---|---|---|

| CHILDREN | NAME | DOB | NAME | DOB |
|---|---|---|---|---|
| | 1. ALYSSA HOFFMAN | 07-23-00 | 4. | |
| | 2. | | 5. | |
| | 3. | | 6. | |

## ORDER

| PATERNITY | DEFENDANT FOUND TO BE THE FATHER OF *(Name Child(ren))* | DEFENDANT FOUND NOT TO BE THE FATHER OF *(Name Child(ren))* |
|---|---|---|

### IT IS ORDERED THAT THE DEFENDANT PROVIDE THE FOLLOWING:

**CHILD SUPPORT**

| CHILD SUPPORT | | EFFECTIVE DATE | INCOME WITHHOLDING |
|---|---|---|---|
| $_____ ☐ Per week ☐ Per month ☐ Other: | | | ☐ Immediate ☐ Contingent |

**ARREARAGE**
$ 50,826.74 as of *(date)* 7/2/18 payable to: $_____ per ☐ week ☐ month

**ARREARAGE**
$_____ as of *(date)* _____ payable to: $_____ per ☐ week ☐ month

**LUMP SUM**
$_____ to be paid on or before *(date)* _____ to: _____

GUIDELINE DEVIATION? ☐ YES ☐ NO   IF YES, GUIDELINE AMOUNT $_____   REASON FOR DEVIATION

**HEALTH CARE COVERAGE**

MEDICAL/DENTAL INSURANCE OR BENEFIT PLAN COVERAGE FOR THE CHILD(REN) TO BE PROVIDED BY
☐ Plaintiff if available at a reasonable cost of _____ no more than _____ % of net income _____ per ☐ week ☐ month
☐ Defendant if available at a reasonable cost of _____ no more than _____ % of net income _____ per ☐ week ☐ month
The provisions of C.G.S. § 46b-84(e) are incorporated by reference and made a part of this order.

UNINSURED/NOT REIMBURSED HEALTH CARE EXPENSES FOR THE CHILD(REN) TO BE PAID BY including orthodontic, ophthalmological, dental, pharmaceutical, mental health, psychological, psychiatric, the
☐ Plaintiff _____% ☐ Defendant _____% provisions of C.G.S. § 46b-84(e) are incorporated by reference and made a part of this order.

HUSKY/CASH MEDICAL
☐ Plaintiff ☐ Defendant is ordered to apply for the State HUSKY medical insurance program ☐ enrolling child(ren) in HUSKY
☐ Plaintiff ☐ Defendant is ordered to pay $_____ per ☐ week ☐ month ☐ for reimbursement to State medical assistance ☐ HUSKY as cash medical support.
☐ Plaintiff ☐ Defendant is ordered to pay $_____ per ☐ week ☐ month to ☐ Plaintiff ☐ Defendant ☐ Other *(Specify)*
for *(Specify)* _____ extraordinary medical/dental expense(s).

| CHILD CARE | ☐ Plaintiff | ☐ Defendant |
|---|---|---|

**ADDITIONAL ORDERS:**

ATTORNEY OLAN APPEARED FOR RESPONDENT. RESPONDENT FOUND IN CONTEMPT AND
IS REMANDED, $3000 PURGE. REVIEW DATE: 7/19/18, IF PAID CONTEMPT TO BE
CONCLUDED. IF/WHEN RESPONDENT IS NOT INCARCERATED RESPONDENT IS TO DO
A DILIGENT JOB SEARCH; 5/IN PERSON ATTEMPTS A DAY, VERIFIED BY COMPLETED
JOB SHEET WITH NAMES, DATES AND SIGNATURES AND EARNING AT LEAST $450/WK.
RESPONDENT IS TO PROVIDE DOCUMENTATION THAT HE IS REGISTERED WITH 2
EMPLOYMENT AGENCIES AND PAY FULL AMOUNT OF ORDER. SUPPORT ENFORCEMENT
TO REQUEST COLA FROM OSA/NJ FOR UPDATE ON ARREARS AND EMANCIPATION.
EFFECTIVE ONE WEEK OF TERMINATION (OF CURRENT SUPPORT) FROM EMANCIPATION
ORDER WILL BE $100/PW.

*(watermark overlaid)* CERTIFICATION OF TRUE COPY, JUDICIAL DISTRICT OF HARTFORD I HEREBY CERTIFY THAT THE ATTACHED ... IS A TRUE COPY ... SUPERIOR COURT CONNECTICUT CLERK SUPPORT ENFORCEMENT DIVISION BY: _____

| CONTINUANCE | Continuance Date: **7/19/18** | Continuance Reason: ☐ Compliance ☐ Genetic Testing ☐ Employment Search ☐ Medical Documentation ☐ Other: _____ |
|---|---|---|

| BY THE COURT | SIGNED *(Judge/F.S.M./Clerk of the Court)* | DATE OF ORDER |
|---|---|---|
| LIFSHITZ , F.S.M. | | 7/5/18 |

B156



U.I.F.S.A. ORDER
696577-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
**FAMILY SUPPORT MAGISTRATE DIVISION**

| INTERSTATE TRIBUNAL AT | CLERK OF THE COURT LOCATED AT | | OUR DOCKET NO. | YOUR DOCKET NO. |
|---|---|---|---|---|
| NEW BRITAIN | 20 FRANKLIN SQUARE, NEW BRITAIN, CT 06051 | | 642-13-2 | CS62081501A |

| PLAINTIFF'S NAME | PLAINTIFF'S ATTORNEY *(Name if applicable)* | AAG PRESENT? ☐ YES ☐ NO |
|---|---|---|
| **TIFFANY L BRUDER** | | |

| DEFENDANT'S NAME | | DEFENDANT'S ATTORNEY *(Name if applicable)* | DEFENDANT IN MILITARY? ☐ YES ☐ NO |
|---|---|---|---|
| **JOHN FINNEY** | ☒ Present ☐ Not Present | ☐ Present ☐ Not Present | |

| CASE DESCRIPTION | CASE TYPE ☐ Paternity ☐ Support ☒ Other *(Specify):* MOTION TO TRANSFER | TYPE OF MOTION ☒ Contempt ☐ Modification ☐ Initial Order | CASE STATUS ☒ IV-D ☐ NON IV-D |
|---|---|---|---|

| CHILDREN | NAME | DOB | NAME | DOB |
|---|---|---|---|---|
| | 1. ALYSSA HOFFMAN | 07-23-00 | 4. | |
| | 2. | | 5. | |
| | 3. | | 6. | |

## ORDER

| PATERNITY | DEFENDANT FOUND TO BE THE FATHER OF *(Name Child(ren))* | DEFENDANT FOUND NOT TO BE THE FATHER OF *(Name Child(ren))* |
|---|---|---|

**IT IS ORDERED THAT THE DEFENDANT PROVIDE THE FOLLOWING:**

**CHILD SUPPORT**

| CHILD SUPPORT $_____ ☐ Per week ☐ Per month ☐ Other: | EFFECTIVE DATE | INCOME WITHHOLDING ☐ Immediate ☐ Contingent |
|---|---|---|

ARREARAGE
$_____ as of *(date)* _____ payable to: _____     $_____ per ☐ week ☐ month

ARREARAGE
$_____ as of *(date)* _____ payable to: _____     $_____ per ☐ week ☐ month

LUMP SUM
$_____ to be paid on or before *(date)* _____ to: _____

GUIDELINE DEVIATION? ☐ YES ☐ NO   IF YES, GUIDELINE AMOUNT $_____   REASON FOR DEVIATION

**HEALTH CARE COVERAGE**

MEDICAL/DENTAL INSURANCE OR BENEFIT PLAN COVERAGE FOR THE CHILD(REN) TO BE PROVIDED BY
☐ Plaintiff if available at a reasonable cost of ☐ no more than ___ % of net income ☐ $_____ per ☐ week ☐ month
☐ Defendant if available at a reasonable cost of ☐ no more than ___ % of net income ☐ $_____ per ☐ week ☐ month
The provisions of C.G.S. § 46b-84(e) are incorporated by reference and made a part of this order.

UNINSURED/NOT REIMBURSED HEALTH CARE EXPENSES FOR THE CHILD(REN) TO BE PAID BY
☐ Plaintiff _____ % ☐ Defendant _____ % including orthodontic, opthalmological, optical, pharmaceutical, psychological, psychiatric. The provisions of C.G.S. § 46b-84(e) are incorporated by reference and made a part of this order.

HUSKY/CASH MEDICAL
☐ Plaintiff ☐ Defendant is ordered to apply for the State HUSKY medical insurance program on behalf of the minor child(ren).
☐ Plaintiff ☐ Defendant is ordered to pay $_____ per ☐ week ☐ month for reimbursements to ☐ Plaintiff ☐ Defendant ☐ HUSKY as cash medical support.
☐ Plaintiff ☐ Defendant is ordered to pay $_____ per ☐ week ☐ month to ☐ Plaintiff ☐ Defendant ☐ Other *(Specify)*

| CHILD CARE | ☐ Plaintiff | for *(Specify)* _____ extraordinary medical/dental expense(s). ☐ Defendant |
|---|---|---|

**ADDITIONAL ORDERS:**

**ADDITIONAL ORDERS**

THE COURT GRANTED THE DEFENDANT'S MOTION TO TRANSFER. THE CASE WAS TRANSFERED TO HARTFORD JUDICIAL DISTRICT/UIFSA 999 ASYLUM AVE. 4TH FLR HARTFORD, CT 06105 (860-566-8723). THE COURT ADDRESS IS 90 WASHINGTON STREET HARTFORD, CT 06106. THE CONTEMPT HAS BE CONTINUED TO 5/10/18.

STATE OF CONNECTICUT
SUPERIOR COURT
INTERSTATE TRIBUNAL
NEW BRITAIN

MAR 12 2018

CERTIFIED COPY
SEAL AFFIXED

CLERK

| CONTINUANCE | Continuance Date: **5/10/18** | Continuance Reason: ☒ Compliance ☐ Genetic Testing ☐ Employment Search ☐ Medical Documentation ☐ Other: _____ |
|---|---|---|

| BY THE COURT | SIGNED *(Judge/F.S.M./Clerk of the Court)* | DATE OF ORDER |
|---|---|---|
| GILMAN , F.S.M. | | 3/9/18 |

B 157



Michael Strada



🔒 MESSAGE          CONNECT

The New Jersey State Association of Chiefs of Police Advanced Professional Policing Practices Seminar 2019 is now complete. Many thanks for the Challenge Coin and to all participants for fully engaging in the program. I wish you all a safe trip home to New Jersey and look forward to seein...
Michael Strada liked this

SEE ALL

**SHERIFF**
Sussex County Sheriff's Office, Homeland Security Branch/Emergency Management
Jan 2011 - Present · 9 yrs 2 mos
Newton, New Jersey



Executive Leaders Program
Naval Postgraduate School
May 2014 - Feb 2015 · 10 mos
Monterey, Ca

Graduate/ Homeland Security Program

See More

HOME                    Jobs                    My Network                    Profile

B 158



State of Connecticut Judicial Branch
## Appellate/Supreme Case Look-up

## Supreme and Appellate Court

Case Detail

Supreme & Appellate Court Look-up Home   |   **Printer Friendly Version**   |   New Search   |   Judicial Home Page   |

Case Information

SC 20203   JOHN K. FINNEY v. SOHRAB ZAHEDI

Appeal Case Information

| | | |
|---|---|---|
| Date Filed: | 11-15/11/18 | Response to Docket Due Date: |
| Appeal By: | Plaintiff | Disposition Method: |
| Argued Date: | | Disposition Date: |
| Submitted on Briefs Date: | | Cite: |
| Panel: | | Petition(s) For Certification: |

Trial Court Case Information

| | |
|---|---|
| Docket Number: | HHDCV165041599S |
| Judgment For: | |
| Trial Judge(s): | |
| Court: | |
| Judgment Date: | |
| Case Type: | |

Case Activity

Activity



State of Connecticut Judicial Branch
# Appellate/Supreme Case Look-up

## Supreme and Appellate Court

Case Detail

Supreme & Appellate Court Look-up Home   |   **Printer Friendly Version**   |   New Search   |   Judicial Home Page





## Supreme and Appellate Court

### Case Detail

Supreme & Appellate Court Look-up Home   |   Printer Friendly Version   |   New Search   |   Judicial Home Page   |

Docket No.:   HHDCV165041599S

B 161

B 161



### State of Connecticut Judicial Branch
## Appellate/Supreme Case Look-up





## Supreme and Appellate Court

Case Detail

Back

B166.

  

**State of Connecticut Judicial Branch**
## Appellate/Supreme Case Look-up

### Supreme and Appellate Court

Printer Friendly Version   |   New Search   |

B167

B168

B169



State of Connecticut Judicial Branch
# Appellate/Supreme Case Look-up

## Supreme and Appellate Court

Case Detail



B171

B172

B173



**New Britain Police Department**

**Incident Report**

**IR18-020669**

**18-020669**

Page: 1 of  2

| | |
|---|---|
| Report Type: | **No Crime** |

Incident Occurred from 06/13/2018 21:38 to 06/13/2018 21:38

| | |
|---|---|
| Officer Assigned: | **SALGADO, LAUREN, L** |
| Incident Classification: | **Medical Aid** |

Date/Time Reported: **06/13/2018 21:38**

Date of this Report: **06/14/2018 20:25**

Division: **New Britain Police**

Clearance Code:

Location: **107 BASSETT ST FLR:3, New Britain, CT, 06051**

Related Case:

Clearance Date:

## Person

| | |
|---|---|
| **Person 1:** | **OLIVIERI, SARAH** |

Complainant

Address: **107 BASSETT ST 3RD, NEW BRITAIN, CT, 06051**

Home Phone:

DOB: **3/3/1983**

Cell Phone: **860-801-0076**

Sex:  F

Office Phone:

Email:

| | |
|---|---|
| **Person 2:** | **OLIVIERI, IVY** |

Juvenile - Other

Address: **107 BASSETT ST FLR:3, New Britain, CT, 06051**

Home Phone:

DOB: **8/9/2004**

Cell Phone:

Sex:  F

Office Phone:

Email:

## Narrative

On June 14, 2018 at approximately 1931 hours, Ofc. Wiener and I were dispatched to 107 Basset Street on a report of a suicidal party.

We made contact with Sarah Olivieri who stated she found a suicide note that was a few days old along with disturbing messages in her daughter, Ivy Olivieri's, phone. Sarah stated she did not know what to do or how to handle this situation. Sarah was informed of the services the hospital can provide for children going through depression. Sarah stated that she wanted her daughter to talk to someone at the hospital.

I spoke with Ivy who stated when she gets upset she harms herself. Ivy had a fresh cut on her wrist at which point she stated that she had done it two days ago because she was upset. Ivy agreed going to the hospital to seek help would be a good idea. Ivy was transported to the Hospital of Central Connecticut.

| Reporting Officer: | SALGADO, LAUREN, L | Review/Approved By: | Steele, Michael | Date Approved: | 6/14/2018 |
|---|---|---|---|---|---|

Reporting officer sworn signature _____  Date _____

Subscribed and sworn before  me this_____ Day of_____ 20____  Supervisor/Notary Signature _____

**New Britain Police**
**Number: IR18-020669**

Sarah was provided contact information for Youth services. Sgt. Steele on scene.

No wants or warrants. Nothing Further.

## Related Entities

| Related | Entities |
|---|---|
| CAD Record | 18-020669 Suicide-Threatening to commit |

| Reporting Officer: | SALGADO, LAUREN, L | Review/Approved By: | Steele, Michael | Date Approved: | 6/14/2018 |
|---|---|---|---|---|---|

Reporting officer sworn signature _____ Date _____

Subscribed and sworn before me this_____ Day of_____20___ Supervisor/Notary Signature _____



**New Britain Police Department**

**Incident Report**
IR18-021634
18-021634

**Page: 1 of  2**

| | | | | | |
|---|---|---|---|---|---|
| Report Type: | **No Crime** | Date/Time Reported: | **06/22/2018 18:06** | Location: | **107 BASSETT ST FLR:3, New Britain, CT, 06051** |
| Incident Occurred from **06/22/2018 18:06 to 06/22/2018 18:06** | | Date of this Report: | **06/22/2018 20:08** | | |
| Officer Assigned: | **JARRELL, PATTON, E** | Division: | **New Britain Police** | Related Case: | |
| Incident Classification: | **No Crime** | Clearance Code: | | Clearance Date: | |

## Person

| | | | | | | |
|---|---|---|---|---|---|---|
| Person 1: | OLIVIERI, SARAH | | | Complainant | | |
| Address: | 107 BASSETT ST 3RD, NEW BRITAIN, CT, 06051 | | DOB: | 3/3/1983 | Sex: | F |
| Home Phone: | | | Cell Phone: | 860-801-0076 | Office Phone: | Email: |
| Person 2: | OLIVIERI, JULIO | | | Other | | |
| Address: | 251 BINGHAM ST, NEW BRITAIN, CT, 06051 | | DOB: | 9/15/1983 | Sex: | M |
| Home Phone: | | | Cell Phone: | 860-960-2829 | Office Phone: | Email: |
| Person 3: | CASTANO, CARMEN, R | | | Other | | |
| Address: | 251 BINGHAM ST, NEW BRITAIN, CT, 06051 | | DOB: | 12/18/1962 | Sex: | F |
| Home Phone: | | | Cell Phone: | 860-595-8949 | Office Phone: | Email: |

## Narrative

On 06/22/18 at 1855hrs Ofc. Conway and this Officer were dispatched to 107 Bassett St. Apt 3s on a child custody dispute.  Dispatch said the complainant stated that her ex husband is refusing to return their three daughters to her.

Upon arrival I spoke Sarah Olivieri (03/03/83) who stated her ex husband Julio Olivieri (09/15/83) is refusing to bring their daughters home to her and she has primary residence state is stated in their child custody agreement.  Sarah stated that Julio had taken the children last weekend which was

| Reporting Officer: | **JARRELL, PATTON, E** | Review/Approved By: | **FARRELL, MICHAEL W** | Date Approved: | **6/23/2018** |
|---|---|---|---|---|---|

Reporting officer sworn signature _____     Date _____

Subscribed and sworn before  me this_____ Day of_____20___  Supervisor/Notary Signature _____

**New Britain Police**                                                                            **Page: 2 of 2**
Number: IR18-021634

his weekend and then asked if they could stay with him until Friday. Sarah said she agreed and the children stayed with him. Sarah stated today she texted Julio and asked when he or his mother were going to bring the girls back home. Sarah said she was surprised when he texted her back stating that he was not returning the children and that he had gone to court today and was granted a Ex Parte Emergency custody of the children until 07/02/18. Sarah stated she was never served any papers from the court and looked on the court docket and did not see that there was a hearing so she thinks that Julio was not telling her the truth. Sarah stated Julio is currently living with his parents at 251 Bingham St.

   We responded to Julio's address and spoke with Carmen Castano (12/18/62) who stated she was Julio's mother. Carmen stated that Julio was currently at work at the Outback Restaurant in Southington CT. Carmen said before Julio left for work he gave her court papers and instructed her to give them to the Police if they show up due to his recent text messages with Sarah. Carmen stated that Julio was in court all day and was granted temporary custody of the children until July 2, 2018 which is the court date that was assigned by Judge Connor. Carman gave this Officer the court papers. This Officer confirmed that Julio was in court today and had stamped court paperwork that gave him temporary custody of the children. I attempted to talk to Julio via cell phone but he did not answer. I explained to Carmen that the paperwork was in order and that I would explain it to Sarah.

   I returned to 107 Bassett St. and spoke with Sarah about the incident. I explained to her that there was a current order from the Family Court that gave temporary custody to Julio and that he was telling the truth. Sarah was explained that she would be seeing a Marshall soon with paperwork about what was filed against her. Sarah stated she understood. No wants or warrants. No further action taken.

**Related Entities**

| Related | Entities |
|---|---|
| CAD Record | 18-021634 Domestic-Child Custody |

| Reporting Officer: | JARRELL, PATTON, E | Review/Approved By: | FARRELL, MICHAEL W | Date Approved: | 6/23/2018 |
|---|---|---|---|---|---|

Reporting officer sworn signature _____ Date _____

Subscribed and sworn before me this _____ Day of _____ 20____ Supervisor/Notary Signature _____

 **New Britain Police Department**

**Incident Report**
IR18-041437
18-041437

**Page: 1 of 2**

| | | | |
|---|---|---|---|
| Report Type: | **No Crime** | Date/Time Reported: | **11/27/2018 17:45** | Location: | **107 BASSETT ST FLR:3, New Britain, CT, 06051** |

Incident Occurred from **11/27/2018 17:45 to 11/27/2018 17:45**
Officer Assigned: **EGAN, BRANDON, M**
Incident Classification: **No Crime**

Date of this Report: **11/27/2018 19:17**
Division: **New Britain Police**
Clearance Code:

Related Case:

Clearance Date:

## Person

| Person 1: | OLIVIERI, SARAH | | Complainant | | |
|---|---|---|---|---|---|
| Address: | 107 BASSETT ST 3RD, NEW BRITAIN, CT, 06051 | DOB: | 3/3/1983 | Sex: | F |
| Home Phone: | 860-801-0076 | Cell Phone: | 860-801-0076 | Office Phone: | Email: |

| Person 2: | OLIVIERI, JULIO, G | | Other | | |
|---|---|---|---|---|---|
| Address: | 251 BRINGHAM ST, NEW BRITAIN, CT, 06051 | DOB: | 9/15/1983 | Sex: | M |
| Home Phone: | | Cell Phone: | 860-960-2829 | Office Phone: | Email: |

| Person 3: | OLIVIERI, IVY | | Juvenile - Other | | |
|---|---|---|---|---|---|
| Address: | 107 BASSETT ST FLR:3, New Britain, CT, 06051 | DOB: | 8/9/2004 | Sex: | F |
| Home Phone: | | Cell Phone: | | Office Phone: | Email: |

| Person 4: | OLIVIERI, ANIYAH | | Other | | |
|---|---|---|---|---|---|
| Address: | 107 BASSETT ST 3RD, NEW BRITAIN, CT, 06051 | DOB: | 4/29/2009 | Sex: | F |
| Home Phone: | | Cell Phone: | | Office Phone: | Email: |

| Person 5: | olivieri, inessa | | Juvenile - Other | | |
|---|---|---|---|---|---|
| Address: | 107 BASSETT ST FLR:3, New Britain, CT | DOB: | 6/6/2010 | Sex: | F |
| Home Phone: | | Cell Phone: | | Office Phone: | Email: |

| Reporting Officer: | **EGAN, BRANDON, M** | Review/Approved By: | **TORRENTE, JOSEPH J** | Date Approved: | **11/27/2018** |
|---|---|---|---|---|---|

Reporting officer sworn signature _____ Date _____

Subscribed and sworn before me this_____ Day of_____ 20___ Supervisor/Notary Signature _____

**New Britain Police**

**Page: 2 of 2**

**Number: IR18-021634**

his weekend and then asked if they could stay with him until Friday.  Sarah said she agreed and the children stayed with him.  Sarah stated today she texted Julio and asked when he or his mother were going to bring the girls back home.  Sarah said she was surprised when he texted her back stating that he was not returning the children and that he had gone to court today and was granted a Ex Parte Emergency custody of the children until 07/02/18.  Sarah stated she was never served any papers from the court and looked on the court docket and did not see that there was a hearing so she thinks that Julio was not telling her the truth.  Sarah stated Julio is currently living with his parents at 251 Bingham St.

We responded to Julio's address and spoke with Carmen Castano (12/18/62) who stated she was Julio's mother.  Carmen stated that Julio was currently at work at the Outback Restaurant in Southington CT.  Carmen said before Julio left for work he gave her court papers and instructed her to give them to the Police if they show up due to his recent text messages with Sarah.  Carmen stated that Julio was in court all day and was granted temporary custody of the children until July 2, 2018 which is the court date that was assigned by Judge Connor.  Carman gave this Officer the court papers.  This Officer confirmed that Julio was in court today and had stamped court paperwork that gave him temporary custody of the children.  I attempted to talk to Julio via cell phone but he did not answer.  I explained to Carmen that the paperwork was in order and that I would explain it to Sarah.

I returned to 107 Bassett St. and spoke with Sarah about the incident.  I explained to her that there was a current order from the Family Court  that gave temporary custody to Julio and that he was telling the truth.  Sarah was explained that she would be seeing a Marshall soon with paperwork about what was filed against her.  Sarah stated she understood.  No wants or warrants.  No further action taken.

### Related Entities

| Related | Entities |
|---|---|
| CAD Record | 18-021634 Domestic-Child Custody |

| Reporting Officer: | JARRELL, PATTON, E | Review/Approved By: | FARRELL, MICHAEL W | Date Approved: | 6/23/2018 |
|---|---|---|---|---|---|

Reporting officer sworn signature _____ Date _____

Subscribed and sworn before  me this_____ Day of_____20____ Supervisor/Notary Signature _____



**New Britain Police Department**          **Incident Report**          Page: 1 of 2
                                            IR18-041885
                                            18-041885

| | | | |
|---|---|---|---|
| Report Type: | **No Crime** | Date/Time Reported: | **11/30/2018 07:43** | Location: | **107 BASSETT ST, New Britain, CT, 06051** |

Incident Occurred from 11/30/2018 07:43 to 11/30/2018 07:43   Date of this Report: **12/01/2018 22:23**

Officer Assigned: **DeGray, Adam, M**   Division: **New Britain Police**   Related Case:

Incident Classification: **No Crime**   Clearance Code:   Clearance Date:

## Person

**Person 1:** OLIVIERI, SARAH
Address: **107 BASSETT ST APT:3S FLR:3, NEW BRITAIN, CT, 06051**
Home Phone: **860-801-0076**

Interviewed , Complainant , Owner of Vehicle
DOB: 3/3/1983   Sex: F
Cell Phone: **860-801-0076**   Office Phone:   Email:

**Person 2:** FINNEY, JOHN
Address: **107 BASSETT ST APT:3S FLR:3, New Britain, CT**
Home Phone: **860-801-0076**

Other , Interviewed
DOB: 6/17/1978   Sex: M
Cell Phone:   Office Phone:   Email:

## Vehicle

Target of Crime

| | | | | |
|---|---|---|---|---|
| Registration: | **3ALBM6** | REG State: **Connecticut** | REG Type: **Passenger** | REG Exp: 6/28/2020 | REG Year: | Year: **2002** |
| VIN: | **1HGCG66562A118065** | Make: **Honda** | Model: | Accord LX | Color: | **Black** |

Description:
**Target Of Crime**
Remarks:

| Reporting Officer: | **DeGray, Adam, M** | Review/Approved By: | **BEEBE, MICHAEL, R** | Date Approved: | **12/3/2018** |
|---|---|---|---|---|---|

Reporting officer sworn signature _____ Date _____

Subscribed and sworn before me this_____ Day of_____20____ Supervisor/Notary Signature _____

**New Britain Police**
Number: IR18-041885

Page: 2 of 2

## Narrative

On 12/1/18, at approximately 1918 hours, Officer Barsaleau and I were dispatched to the report of a vandalism of a motor vehicle located at 107 Bassett Street. Dispatch stated that the complainant believes her brake lines were cut on her vehicle.

Upon arrival, the officers met with the complainant Sarah Olivieri. Olivieri stated that her roommate John Finney noticed that her vehicle had a black oil like substance on the front left tire rim on 11/30/18 at approximately 0743 hours. Olivieri's vehicle is a black 2002 Honda Accord (CT # 3ALBM6). Olivieri stated she was scared to go into her vehicle because she believes that someone tampered with her car and that she was afraid it was going to "explode and blow up" if she tried to turn the vehicle on. Olivieri stated she is going through court proceedings with her ex-husband and was very paranoid that he might have tampered with her car. There were no signs of an oil leak or any type of liquid leak near the vehicle. The lug nuts on the front left tire were not loose.

Oliviera and Finney had no suspect information. There were no security cameras in the area.

The officers informed Oliviera and Finney that they should find and contact a mechanic and have them come out to the vehicle in the morning so they can look to see if everything is okay with it. They both agreed. They did not want to press charges.

No wants/warrants.

Nothing further.

## Related Entities

| Related | Entities |
| --- | --- |
| CAD Record | 18-041885 Vandalism/Property Damage-Vehicle |



| Reporting Officer: | DeGray, Adam, M | Review/Approved By: | BEEBE, MICHAEL, R | Date Approved: | 12/3/2018 |
| --- | --- | --- | --- | --- | --- |

Reporting officer sworn signature _____ Date _____

Subscribed and sworn before me this_____ Day of_____ 20___ Supervisor/Notary Signature _____



**New Britain Police Department**     **Incident Report**     Page: 1 of  2
IR18-041885
18-041885

| | | | | | |
|---|---|---|---|---|---|
| Report Type: | No Crime | Date/Time Reported: | 11/30/2018 07:43 | Location: | 107 BASSETT ST, New Britain, CT, 06051 |

Incident Occurred from 11/30/2018 07:43 to 11/30/2018 07:43     Date of this Report: 12/01/2018 22:23

Officer Assigned:  DeGray, Adam, M     Division: **New Britain Police**     Related Case:

Incident Classification: No Crime     Clearance Code:     Clearance Date:

## Person

**Person 1:** OLIVIERI, SARAH     Interviewed , Complainant , Owner of Vehicle
Address: **107 BASSETT ST APT:3S FLR:3, NEW BRITAIN, CT, 06051**     DOB: 3/3/1983     Sex: **F**
Home Phone: **860-801-0076**     Cell Phone: **860-801-0076**     Office Phone:     Email:

**Person 2:** FINNEY, JOHN     Other , Interviewed
Address: **107 BASSETT ST APT:3S FLR:3, New Britain, CT**     DOB: 6/17/1978     Sex: **M**
Home Phone: **860-801-0076**     Cell Phone:     Office Phone:     Email:

## Vehicle

### Target of Crime

| | | | | | |
|---|---|---|---|---|---|
| Registration: | **3ALBM6** | REG State: **Connecticut** | REG Type: Passenger | REG Exp: 6/28/2020 | REG Year:   Year: **2002** |
| VIN: | **1HGCG66562A118065** | Make: **Honda** | Model: Accord LX | Color: | **Black** |

Description:
**Target Of Crime**
Remarks:

| Reporting Officer: | **DeGray, Adam, M** | Review/Approved By: | **BEEBE, MICHAEL, R** | Date Approved: | **12/3/2018** |
|---|---|---|---|---|---|

Reporting officer sworn signature _____     Date _____

Subscribed and sworn before me this_____ Day of_____ 20___ Supervisor/Notary Signature _____

**New Britain Police**
Number: IR18-041885

## Narrative

On 12/1/18, at approximately 1918 hours, Officer Barsaleau and I were dispatched to the report of a vandalism of a motor vehicle located at 107 Bassett Street. Dispatch stated that the complainant believes her brake lines were cut on her vehicle.

Upon arrival, the officers met with the complainant Sarah Olivieri. Olivieri stated that her roommate John Finney noticed that her vehicle had a black oil like substance on the front left tire rim on 11/30/18 at approximately 0743 hours. Olivieri's vehicle is a black 2002 Honda Accord (CT # 3ALBM6). Olivieri stated she was scared to go into her vehicle because she believes that someone tampered with her car and that she was afraid it was going to "explode and blow up" if she tried to turn the vehicle on. Olivieri stated she is going through court proceedings with her ex-husband and was very paranoid that he might have tampered with her car. There were no signs of an oil leak or any type of liquid leak near the vehicle. The lug nuts on the front left tire were not loose.

Oliviera and Finney had no suspect information. There were no security cameras in the area.

The officers informed Oliviera and Finney that they should find and contact a mechanic and have them come out to the vehicle in the morning so they can look to see if everything is okay with it. They both agreed. They did not want to press charges.

No wants/warrants.

Nothing further.

## Related Entities

| Related | Entities |
| --- | --- |
| CAD Record | 18-041885 Vandalism/Property Damage-Vehicle |

| Reporting Officer: | DeGray, Adam, M | Review/Approved By: | BEEBE, MICHAEL, R | Date Approved: | 12/3/2018 |
| --- | --- | --- | --- | --- | --- |

Reporting officer sworn signature _____   Date _____

Subscribed and sworn before me this _____ Day of _____ 20____ Supervisor/Notary Signature _____

Parent's Name: SARAH OLIVIERI    C4K Family ID:

*Si quiere recibir este material en español sírvase llamar al 1-888-214-5437.*

# care4kids
**MAKING CHILD CARE AFFORDABLE**

# Parent-Provider Agreement Form
### This form tells us about the child care arrangement.

**Step 1:** This form must be completed by the parent **and** the child care provider.
- ➤ **Parent** – Complete Sections 1, 3 and 5.
- ➤ **Child Care Provider** – Complete Sections 2, 3 and 4.

**Step 2:** Make sure all sections have been filled in and the information is correct. Answer all Yes or No questions by checking the right box. Once you have filled out and checked this form, make sure the parent and provider sign and date.

**Incomplete forms may not be accepted and will delay processing.**

**Step 3:** The law requires us to report all payments to the Internal Revenue Service (IRS) for income tax purposes. If you are a new child care provider with Care 4 Kids, you <u>must</u> provide us with your Social Security Number or FEIN and fill out an IRS W-9 form. If you have already submitted a W-9 form to us, you do not need to fill out a new form unless the information has changed. Care 4 Kids does not withhold income taxes. Providers are responsible for paying taxes to the IRS and the State of Connecticut. To get forms by mail, call 1-888-214-5437, or download the forms at **www.ctcare4kids.com**. For information about filing income taxes, call or view information on-line at **http://www.irs.gov**.

**Step 4:** Submit the filled out forms to: **Care 4 Kids, 1344 Silas Deane Highway, Rocky Hill, CT 06067** or fax it to **1-877-868-0871**.

## SECTION 1: PARENT INFORMATION *(To be completed by Parent)*

Parent's Name: OLIVIERI, SARAH    C4K Family ID:
*Last Name, First Name, Middle Initial*

Parent's Address: 107 BASSETT ST. 3S    City, State, Zip Code: NB, CT 06051

Telephone Number: (Primary) 860 801 0076    (Secondary)

Reason for submitting this form: ☑ Part of my Application or Redetermination    ☐ Reporting changes or new provider

## SECTION 2: CHILD CARE PROVIDER INFORMATION *(To be completed by Provider)*

**What type of child care provider are you?**
- ☐ Unlicensed Individual (relative)
- ☐ Licensed Family Day Care Home
- ☐ Licensed Child Care Center
- ☐ Licensed Group Day Care Home
- ☐ Summer Camp/Program ☐ Licensed
- ☐ Public/Private Schools
- ☐ Municipalities

**Are you accredited by any of the following?** *(check if yes)*
- ☐ National Assoc. for the Education of Young Children (NAEYC)
- ☐ Council on Accreditation (COA)
- ☐ New England Assoc. of Schools and Colleges (NEASC)
- ☐ National Assoc. for Family Child Care (NAFCC)

## SECTION 2A: LICENSED CHILD CARE PROVIDERS, PUBLIC/PRIVATE SCHOOLS, MUNICIPALITIES AND SUMMER CAMP PROGRAMS *(To be completed by Provider)*

**PROVIDER NAME**

Center Name:_____    Licensed Home:_____
                                              *(Last)*                    *(First)*

Address where care is provided:_____
              *Street*                    *City*          *State*      *Zip Code*

Social Security/Federal Tax ID No.:_____    Telephone Number:_____

Date of Birth:_____  C4K Provider ID:_____    License Number:_____
*Family Home Providers Only*

*Family Home Providers Only*: ☐ I understand I must complete the pre-service training requirement prior to becoming eligible for payment. For more information, visit www.ctcare4kids.com.

*Please list the address you would like notices to be mailed if different from the address where care is provided:*

Street Address:_____    City, State, Zip Code:_____

C11

**ORDER OF PROTECTION**
JD-CL-099   Rev. 10-16
C.G.S. §§ 29-28, 29-32, 29-33, 29-36i, 29-36k, 46b-15, 46b-16a,
46b-38c(d)(e), 46b-38nn, 53a-28(f), 53a-36, 53a-42, 53a-217,
53a-217c, 53a-223, 54-1k, 54-86e, 18 U.S.C. §§ 922(g)(9), 2265
P.A. 16-34

| ADA NOTICE |
|---|
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*. |

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| Order type | Case type | Superior court location |
|---|---|---|
| Restraining Order - After Hearing | Family | New Britain J.D. |

| Related court information *(if applicable)* | Case number |
|---|---|
| Notice and opportunity to be heard provided to respondent on 11/30/2018 | HHB-FA18-4041425-S |

## Protected Person

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| Olivieri | Aniyah | | 4/ 29 /2009 | F | Unknown |

| Home address | City | State | Zip |
|---|---|---|---|
| 251 Bingham Street | New Britain | CT | 06051 |

| Mailing address ☐ Same as above | City | State | Zip |
|---|---|---|---|
| 251 Bingham Street | New Britain | CT | 06051 |

| Work address | City | State | Zip |
|---|---|---|---|
| | | | |

## Respondent *(Defendant)*                                  Respondent Identifiers

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| Olivieri | Sarah | | 3/ 3 /1983 | F | Asian/Pacific Island |

| Address | | | Height | Weight | Eyes | Hair | Phone |
|---|---|---|---|---|---|---|---|
| 107 Bassett Street Apt 3s | | | 503 | | | | 8608010076 |

| City | State | Zip | Distinguishing features/other identifiers |
|---|---|---|---|
| New Britain | CT | 06051 | dark hair, 32 yrs. old |

Cautions/Weapons *(if information is available):*

Relationship to protected person *(Present or former)*
☐ Spouse or party to a civil union
☒ Protected person's parent
☐ Intimate cohabitant
☐ Parent of common child
☐ Other: _____

## Terms and Conditions of Protection

**You, the Respondent, must follow all the orders and conditions checked or indicated by "X" below:**

☒ Surrender or transfer all firearms and ammunition.
☒ Do not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected person. (CT01)
☒ Stay away from the home of the protected person and wherever the protected person shall reside. (CT03)
☐ Do not contact the protected person in any manner, including by written, electronic or telephone contact, and do not contact the protected person's home, workplace or others with whom the contact would be likely to cause annoyance or alarm to the protected person. (CT05)
☐ Other: _____

Additional terms and conditions are on the following pages:

General Restraining Order Notifications (Family), JD-CL-104.; Additional Orders of Protection, JD-CL-100

| This order remains in effect until: | ☐ Further order of the court. | Expiration date *(if applicable)* 1 / 14 / 2019 |
|---|---|---|

☒ The court had jurisdiction over the parties and the subject matter, and the respondent was provided with reasonable notice and opportunity to be heard.  This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. § 2262).

☒ State law provides penalties for unlawful possession of firearms, ammunition, or electronic defense weapon (Connecticut General Statutes §§ 53a-217(a)(4) and 53a-217c(a)(5)). Federal law also provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition while subject to a qualifying protection order and under the circumstances specified in 18 U.S.C. § 922(g)(8).

| Name of Judge | Signed *(Judge, Assistant Clerk)* | Date signed |
|---|---|---|
| By the Court CARON | SHAWN HERRICK ASSISTANT CLERK | 12/ 14 /2018 |

C12                    ORDER REGISTRY OCP              108

| ORDER OF PROTECTION<br>JD-CL-099   Rev. 10-16<br>C.G.S. §§ 29-28, 29-32, 29-33, 29-36i, 29-36k, 46b-15, 46b-16a,<br>46b-38c(d)(e), 46b-38nn, 53a-28(f), 53a-36, 53a-42, 53a-217,<br>53a-217c, 53a-223, 54-1k, 54-86e, 18 U.S.C. §§ 922(g)(9), 2265<br>P.A. 16-34 | **ADA NOTICE**<br>The Judicial Branch of the State of Connecticut<br>complies with the Americans with Disabilities Act<br>(ADA). If you need a reasonable accommodation in<br>accordance with the ADA, contact a court clerk or an<br>ADA contact person listed at www.jud.ct.gov/ADA. | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov |

| Order type<br>Restraining Order - After Hearing | Case type<br>Family | Superior court location<br>New Britain J.D. |
|---|---|---|

| Related court information (if applicable)<br>Notice and opportunity to be heard provided to respondent on 11/30/2018 | Case number<br>HHB-FA18-4041426-S |
|---|---|

## Protected Person

| Last name<br>Olivieri | First name<br>Inessa | Middle | Date of birth<br>6/ 6 /2010 | Sex<br>F | Race<br>Unknown |
|---|---|---|---|---|---|

| Home address<br>251 Bingham Street | City<br>New Britain | State<br>CT | Zip<br>06051 |
|---|---|---|---|

| Mailing address   ☐ Same as above<br>251 Bingham Street | City<br>New Britain | State<br>CT | Zip<br>06051 |
|---|---|---|---|

| Work address | City | State | Zip |
|---|---|---|---|

## Respondent (Defendant)   |   Respondent Identifiers

| Last name<br>Olivieri | First name<br>Sarah | Middle | Date of birth<br>3/ 3 /1983 | Sex<br>F | Race<br>Asian/Pacific Island |
|---|---|---|---|---|---|

| Address<br>107 Bassett Street Apt 3-s | | | | |
|---|---|---|---|---|
| City<br>New Britain | State<br>CT | Zip<br>06051 | Height<br>503 | Weight | Eyes | Hair | Phone<br>8608010076 |

| | Distinguishing features/other identifiers<br>dark hair, 32 yrs. old |
|---|---|

| Cautions/Weapons (if information is available): | Relationship to protected person (Present or former)<br>☐ Spouse or party to a civil union<br>☒ Protected person's parent<br>☐ Intimate cohabitant<br>☐ Parent of common child<br>☐ Other: |
|---|---|

## Terms and Conditions of Protection

**You, the Respondent, must follow all the orders and conditions checked or indicated by "X" below:**

☒ Surrender or transfer all firearms and ammunition.
☒ Do not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected person. (CT01)
☒ Stay away from the home of the protected person and wherever the protected person shall reside. (CT03)
☐ Do not contact the protected person in any manner, including by written, electronic or telephone contact, and do not contact the protected person's home, workplace or others with whom the contact would be likely to cause annoyance or alarm to the protected person. (CT05)
☐ Other:

Additional terms and conditions are on the following pages:

General Restraining Order Notifications (Family), JD-CL-104.; Additional Orders of Protection, JD-CL-100

| This order remains in effect until: | ☐ Further order of the court. | Expiration date (if applicable)<br>1 / 14 / 2019 |
|---|---|---|

☒ The court had jurisdiction over the parties and the subject matter, and the respondent was provided with reasonable notice and opportunity to be heard.  This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. § 2262).

☒ State law provides penalties for unlawful possession of firearms, ammunition, or electronic defense weapon (Connecticut General Statutes §§ 53a-217(a)(4) and 53a-217c(a)(5)). Federal law also provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition while subject to a qualifying protection order and under the circumstances specified in 18 U.S.C. § 922(g)(8).

| Name of Judge<br>By the Court CARON | Signed (Judge, Assistant Clerk)<br>SHAWN HERRICK<br>ASSISTANT CLERK | Date signed<br>12/ 14 / 2018 |
|---|---|---|

C13

108

Secretary of the State
30 Trinity Street
P.O. Box 150469
Hartford, CT. 06115-0469



January 10, 2019
Sarah Olivieri

Re: Address Confidentiality Program

Dear Ms. Olivieri,

The Office of the Secretary of the State has accepted your application for participation in the Address Confidentiality Program (ACP). You may begin using the enclosed certification card immediately. Please remember to notify us if your confidential address changes, so that your mail will continue to reach you (send notice of change to: ACP; P.O. Box 150469; Hartford, CT. 06115-0469). Pursuant to C.G.S. section 54-240e, only first class mail will be forwarded. Magazines, packages, etc. cannot be forwarded through this program.

If you are the parent or guardian of an ACP participant that will be registering for school, please note that school districts may disclose certain student information without parental consent. You may be required to actively opt out of having this information disclosed by completing a form or sending a letter to the school district at the beginning of the school year (please contact your school district for further information). School districts may request verification of an individual's participation in the ACP in accordance with section 54-240m of the Connecticut General Statutes and section 54-240a-11 of the Regulations of Connecticut State Agencies, respectively. Superintendents may contact the ACP directly at (860) 509-6040 with questions.

Should you encounter a state or municipal official who is unfamiliar with the ACP (e.g., a town registrar or DMV staff person), you should respectively ask to speak with a supervisor, and if necessary, contact your counselor/advocate. The legal authority for the ACP is Chapter 968a of the Connecticut General Statutes.

Sincerely,

William Silk
Staff Attorney
Commercial Recording Division/ACP

C14

**State of Connecticut**
Office of the Secretary of the State - Address Confidentiality Program

Sarah Olivieri

Certification No.                                          Expires

0736                                                01/10/2023

is authorized to participate in the CT Address Confidentiality
Program (PA 03-200) and to use the following address:

Sarah Olivieri
P.O. Box 150469
0736
30 Trinity Street
Hartford, CT 06115-0469

---

Signature of participant or parent/guardian

Certification code, name, address and zip code shall be used on all
correspondence to this participant.

If you have any questions regarding the Address Confidentiality Program,
or the valid use of this certification card please call 860-509-6006.

Administrator:

C15

# STATE OF CONNECTICUT

DOCKET# HHB-FA13-4040979-S   15·5916870

Olivieri, Sarah _____ VS.

Olivieri, Julio _____

**AFFIDAVIT**

5-14-18

   I FOUND A NOTE CRUMPLED UP IN BATHROOM WRITTEN BY ANIYAH, STATING "NOW IT ALL STARTED ON THAT VERY DAY WHEN MAMA STOLE US" I WENT INTO THEIR BEDROOM TO CONFRONT THE CHILDREN. IVY, ANIYAH, AND INESSA WAS PRESENT. I ASKED WHO WROTE IT AND WHERE DID THEY GET THIS INFORMATION. ANIYAH RESPONDED INITIALLY "GRANDMA". I ASKED AGAIN, AND SHE SAYS "DADDY". IVY RESPONDS "IT WAS DADDY. HE WAS ANGRY"

By: _____

Olivieri, Sarah
Your Name

Subscribed and Sworn to before me(Asst. Clerk, Comm. Of Superior Court)

Samantha Munson SAMANTHA MUNSON Date Signed 5/15/18

C 16

## STATE OF CONNECTICUT

DOCKET# HHB-FA18-4040470-S   15-5036870

Olivieri, Sara L ___ VS.

Olivieri Julio ___

### AFFIDAVIT

4-16-18  6:45am

DEFENDANT ARRIVED AT MY RESIDENCE TO PICK UP THE CHILDREN

FOR SCHOOL. MY DOOR WAS UNLOCKED FROM PREVIOUS NIGHT. HE

ENTERED INTO MY HOME WITHOUT PERMISSION. HE STARTLED THE

GIRLS. I WAS IN MY BEDROOM GETTING READY FOR WORK. GIRLS

ALONG WITH MY BOYFRIEND WERE PRESENT IN MY HOME. IVY

COMES TO KISS ME AND SAYS "DADDY KNOWS JOHN IS HERE, I'M

SORRY MOMMA, HE'S MAD". I ASKED HER WHO LET HIM IN,

SHE RESPONDS "I DON'T KNOW". GOTTA GO MOMMY."

By:

Olivieri, Sara L
Your Name

Subscribed and Sworn to before me(Asst. Clerk, Comm. Of Superior Court)

Samantha Memo ___ Date Signed 5/15/18

SAMANTHA MUNSON

4

# STATE OF CONNECTICUT

DOCKET# HHB-FA18-4040 15·5016870

olivieri, Sara    VS.

Olivieri, Julio

## AFFIDAVIT

≈ 4-19-18

DEFENDANT APPROACHES MY CAR WHEN I'M PICKING UP THE GIRLS
FROM GRANDMA'S HOUSE, STARTS SMALL CONVERSATION. I TOLD HIM I
WAS CONCERNED ABOUT MY other CAR (PACIFICA). HE AS ACKNOWLEDGED . SEVERAL
DAYS LATER, HE TELLS ME "NOT TO FREAK YOU OUT OR ANYTHING,
BUT I WAS BY YOUR HOUSE TO CHECK WHO IS MESSING WITH
YOUR CAR. I DIDN'T SEE ANYONE BUT I'M GOING TO CHECK
AGAIN." I DID NOT RESPOND/REPLY. III THE 3 GIRLS HOPPED INTO
VEHICLE SOON AFTERWARDS. CONVERSATION CAME TO COMPLETE
HALT AS SOON AS THE GIRLS CAME OUT OF GRANDMA'S HOUSE.

By:

Olivieri, Sarah
Your Name

Subscribed and Sworn to before me(Asst. Clerk, Comm. Of Superior Court)

Samantha Munson            Date Signed 5|15|18
**SAMANTHA MUNSON**

C18

## STATE OF CONNECTICUT

15.50\6870

DOCKET#H13-FA18-4040979S

Olivien, Sarah _____ VS.

Olivien, Julio _____

### AFFIDAVIT

WHEN I PICK UP THE GIRLS FROM GRANDMA'S HOUSE, I ALWAYS ASK THE GIRLS HOW THEIR DAY WAS. NUMEROUS OCCASIONS ON "OFF" DAYS WHERE I ASK THE GIRLS WHAT'S WRONG, IVY RESPONDS TYPICALLY "DADDY WAS IN A BAD MOOD. HE'S MAD TODAY" I ASK "WHY, WHAT'S WRONG?" AND SHE REPLIES "I DON'T KNOW. HE'S ALWAYS MAD AND SOMETIMES HE TAKES IT OUT ON US. HE GOES INTO HIS ROOM." AND I ASK "WHAT ABOUT YOU AND THE GIRLS?" IVY USUALLY SAYS "I DON'T KNOW. WE JUST GO PLAY IN THE LIVING ROOM OR GO ON THE TABLET"

By:

Olivien, Sarah
Your Name

Subscribed and Sworn to before me (Asst. Clerk, Comm. Of Superior Court)

Samantha Munson _____ Date Signed 5|15|18

**SAMANTHA MUNSON**

C1.9

6

# STATE OF CONNECTICUT

DOCKET# *HHB-FA18-4040479S*  15-SO16870

*Olivieri, Sarah* _____ VS.

*Olivieri, Julio* _____

## AFFIDAVIT

I ASKED THE GIRLS IF LAUNDRY WAS DONE, AND WHEN WE CAN PICK UP/DROP OFF CLOTHES. GIRLS (IVY) USUALLY RESPONDS "I DON'T KNOW. TOLD DADDY AND HE GOT MAD. SO GRANDMA IS USUALLY THE ONE WHO DOES THE LAUNDRY" I ASKED 'WHEN CAN THIS BE PICKED UP. "I DON'T KNOW" WHEN I APPROACH THE SUBJECT TO DEFENDANT, HE TYPICALLY GETS MAD/FRUSTRATED, AND SAYS HE'LL HAVE IT DONE BY SUCH AND SUCH DATE WHEN THE DAY COMES, LAUNDRY IS RARELY READY, AND WALKS AWAY. USUALLY GRANDMA PICKS UP SITUATION AND TAKES CARE OF THE PROBLEM.

By:

*Olivieri, Sarah*
Your Name

Subscribed and Sworn to before me(Asst. Clerk, Comm. Of Superior Court)

*Samantha Munson*                      Date Signed 5|15|18
SAMANTHA MUNSON

C20

7

## STATE OF CONNECTICUT

DOCKET# AMB: FAH- 4040 9765 15·S01(08·70

Olivieri, Sarah _____ VS.

Olivieri, Julio _____

### AFFIDAVIT

NUMEROUS OCCASIONS, GIRLS HAVE TAEKWONDO CLASS — THEY USUALLY ATTEND ON FRIDAYS. EVERY OTHER WEEKEND, THEIR FATHER TAKES THEM, BUT MANY TIMES, GIRLS MISS CLASS. I ASK IVY HOW COME. SHE TYPICALLY RESPONDS "I DON'T KNOW. I TELL DADDY AND HE GETS MAD. SO USUALLY GRANDMA TAKES US. DADDY DOESN'T ANYMORE" OTHER TIMES, IT'S BECAUSE WE DON'T HAVE OUR OUTFITS" IVY SAYS. "WHY DON'T YOU CALL OR TELL ME? I'M HOME" IVY RESPONDS " DADDY GETS MAD. I DON'T KNOW"

By:

Olivieri Sarah
Your Name

Subscribed and Sworn to before me(Asst. Clerk; Comm. Of Superior Court)

Samantha Munson _____ Date Signed 5/15/18

**SAMANTHA MUNSON**

C 21

8

## STATE OF CONNECTICUT

15.50106870

DOCKET# HMR·FA18-4040979S

Olivier, Sarah _____ vs.

Olivier, Julio _____

### AFFIDAVIT

NUMEROUS OCCASIONS, DEFENDANT REPORTS HE HASN'T
FOUND A JOB YET, BUT AS SOON AS HE DOES, HE'LL HELP OUT
MORE. WHEN I ASK HIM TO HELP, HE GETS UPSET/ANGRY
AND WALKS AWAY. HE RECENTLY STARTED WORKING. SINCE DATE
OF HIRE, IN 2018, I HAVE RECEIVED $250 TOTAL; $50 IN CASH
AND $200 IN CHECK. I TALKED TO HIM THAT I NEED MORE
HELP BECAUSE THE GIRLS NEEDS HAVE INCREASED AND MY HRS
HAVE BEEN CUT. I TOLD HIM I WANTED TO TAKE IT TO COURT.
HE EXPLODED IN ANGER AND SAID "ARE YOU THREATENING ME?."

" NO "I WANT TO BE FAIR", GIRLS CAME OUT INTO CAR, HE GOT
LOUD, I ASKED/STATED " WE TALK LATER, NOT IN FRONT OF THE GIRLS"
HE KEPT GOING, THEN WALKED AWAY. By:

Olivier, Sarah
Your Name

Subscribed and Sworn to before me(Asst. Clerk, Comm. Of Superior Court)

Samantha Munson          Date Signed 5|15|18

**SAMANTHA MUNSON**

C22

·9

## STATE OF CONNECTICUT

15·5016870

DOCKET# HHB-FA18-4040479S

Olivieri, Sarah _____ VS.

Olivieri, Julio G. _____

### AFFIDAVIT

ONE DAY, PICKING UP THE GIRLS AFTER WORK AS USUAL, IVY LOOKED SAD, DISTANT, AND QUIET. I ASKED HER WHAT'S WRONG. WE WERE IN THE CAR, WAITING FOR ANIYAH & INESSA TO COME OUT OF GRANDMA'S HOUSE. SHE (IVY) CRIED. I TOLD HER "TALK TO MOMMY. WHAT'S WRONG BABY?" SHE RESPONDS "DADDY IGNORES ME. HE DOESN'T TALK TO ME. JUST THE OTHER TWO. I DON'T KNOW WHY OR WHAT I DID WRONG. HE'S ALWAYS MAD" I HUGGED HER AND SAID "DON'T WORRY BABY. DADDY HAS A LOT OF STRESS AND THESE ARE ADULT THINGS. YOU DON'T WORRY ABOUT IT. MOMMY WILL TALK TO DADDY. JUST BE PATIENT, WORRY ABOUT NOTHING BUT SCHOOL, OK?"

By:

Olivieri Sarah
Your Name

Subscribed and Sworn to before me(Asst. Clerk, Comm. Of Superior Court)

Samantha Munson _____ Date Signed 5/15/18

SAMANTHA MUNSON

C23

# FA155016870

STATE OF CONNECTICUT )
) ss. New Britain          May 16, 2018
COUNTY OF HARTFORD   )

Then and there by virtue hereof, on May 16, 2018, in the town of New Britain, County of Hartford, I left with and in the hands of Julio G. Oliveri, the within named defendant, 251 Bingham Street, New Britain, CT, a true and attested verified copy of the original Motion for Modification and Affidavit Concerning Children with my endorsement thereon.

The within and foregoing is the original Motion for Modification and Affidavit Concerning Children with my doings hereon endorsed.

ATTEST

Alan F. Zaniewski
State Marshal
Hartford County

Fees:

| | | |
|---|---|---|
| Pages | $ | 6.00 |
| Ends. | | 2.00 |
| Service | | 20.00 |
| Travel | | 0 |
| | | |
| Total | $ | 28.00 |

OFFICE OF THE CLERK
SUPERIOR COURT
2018 MAY 22  AM 10 14
JUDICIAL DISTRICT OF
NEW BRITAIN

C24

113.01



January 28, 2019

Re: Sarah Olivieri

To Whom It May Concern-

    This letter is to confirm that Ms. Sarah Olivieri has been seeing me for individual domestic violence counseling sessions. Ms. Olivieri has attended individual counseling sessions with me for several months.

    Within these sessions we have covered topics such as safety planning, effects of domestic violence on victims and children, warning signs of abuse, as well as personal goals she has as a mother. She shows a willingness to partake in the services we offer and focused on achieving her goals free from domestic violence. As part of her safety planning and recent move, she is now a part of the State of Connecticut's Address Confidentiality Program, in addition to other services for victims.

    Prudence Crandall Center is a non-profit domestic violence agency that offers services to adults and children. These services range from individual counseling, advocacy, and support groups to emergency shelter.

Should you need any additional information regarding this client, please feel free to call me at 860-259-3830.

Thank you,

Danielle DeRosier

Manager of Counseling Services

Prudence Crandall Center

860-225-5187 x 245

DDeRosier@pccdv.org

C25

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173   Rev. 2-15
C.G.S. § 46b-87; 46b-220 P.B. § 25-27

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| COURT USE ONLY | |
|---|---|
| MFCONTP | Use this docket legend when the Certification has been filled out, but there is no Order to Attend Hearing and Notice. |
| CONTCPL | Use this docket legend when the Order to Attend Hearing and Notice has been filled out and the "Before Judgment" box is checked |
| CONTCIT | Use this docket legend when the Order to Attend Hearing and Notice has been filled out and the "After Judgment" box is checked. |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

*(Check one)* ☐ Before Judgment (pendente lite)   ☒ After Judgment

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New Britain | New Britain | HHB-FA15-5016870-S |

| Plaintiff's name (Last, first, middle initial) | Defendant's name (Last, first, middle initial) |
|---|---|
| Olivieri, Sarah | Olivieri, Julio G. |
| Plaintiff's address (Number, street, city, state, zip code) | Defendant's address (Number, street, city, state, zip code) |
| 30 Trinity Street #0736, Hartford, CT 06115 | 251 Bingham Street, New Britain, CT 06051 |

I, the ☒ Plaintiff   ☐ Defendant, respectfully represent that this Court issued an order on _____ directing the
*(month, day, year)*
☐ plaintiff   ☐ defendant to *(fill out only the box (or boxes) below for the order (or orders) you are claiming was (or were) disobeyed):*

| Pay child support in the amount of | Pay alimony in the amount of | Pay arrearages in the amount of | Total balance owed | As of (Date) |
|---|---|---|---|---|
| $66.00   per week | per | per | | |

Have visitation or parenting time as follows: *(Attach a copy of the visitation schedule if available)*
12 hrs supervised visitation for mother/wk with Klingberg grant

Pay medical bills or provide health insurance as follows:

Other:

The ☐ plaintiff or ☒ defendant has disobeyed the court order in the following ways: *(Please be specific. Include the amount of any past due amount you claim is due as of the date of this motion or another specific date.)*
Judgment based on FRAUD and against ACP program. Police reports confirm counterclaim of plaintiff. No ACCESS to children (no seeing or hearing from them) Children are alienated from mother.

I ask the Court to find the ☐ plaintiff ☒ defendant in contempt. I certify that the above information is true to the best of my knowledge.

| Signature* | Date | Telephone (Area code first) |
|---|---|---|
| x | 5-7-19 | 860-801-0026 |
| Name of attorney or self-represented litigant | Address of attorney or self-represented litigant | |
| Sarah Olivieri | 30 Trinity Street #0736, Hartford, CT 06115 | |

**Certification   (Complete if motion is filed before judgment (pendente lite))**

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be electronically served.

Name and address of each party and attorney that copy was mailed or delivered to*

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

| Signed (Signature of filer) | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ | | |
| Mailing address (Number, street, town, state and zip code) | | Telephone number |

## Order To Attend Hearing and Notice *(To be completed by the Court)*

The court orders ☐ the plaintiff ☒ the defendant to attend a hearing at the time and place shown below to show why you are not in contempt. The Court also orders the ☒ plaintiff ☐ the defendant to give notice to the opposing party of the Motion and of the time and place where the Court will hear it, by having a true and attested copy of the Motion and this Order mailed or delivered to the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of mailing or delivery must be made to this Court at least **6 days** before the hearing.

| By the Court (Judge/Assistant Clerk) | | Date signed | Court Use Only |
|---|---|---|---|
| Connors, J | | 5/7/19 | |

| Hearing To Be Held At | Superior Court, Judicial District of | Date | Time |
|---|---|---|---|
| | New Britain | 6/20/19 | 10:00 AM |
| | Court address | Room number (If known) | Telephone (Area code first) |
| | 20 Franklin Square, New Britain, CT 06051 | 3D | 860-515-5180 |

If you do not come to the court hearing, a civil arrest order (capias) may be issued against you.

*(Continued on page 2)*   *Check appropriate court: ☒ Superior Court   ☐ Family Support Magistrate Division

C26

## Summons

**TO ANY PROPER OFFICER:**
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order to Attend Hearing on the below named person in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **six days** before the hearing.

| Person to be served | Address | |
|---|---|---|
| Julio B. Oliveri | | |
| Assistant Clerk | | Date signed |
| Roxanne Santoro    ROSANNE SANTORO | | 5/7/19 |

## Order

The Court has heard the above Motion and finds that the ☐ plaintiff ☐ defendant:

☐ is not in contempt.    ☐ is in contempt in the following way(s):

☐ owes past due amount (arrears) as of _____ in the amount of _____.

☐ other *(specify)* : _____

_____

It is ordered:

☐ payment in the amount of _____ for current support and _____ on past due by *(date)* _____

☐ income withholding in the amount of _____

☐ incarceration

☐ attorney's fees

☐ marshal's fees

☐ this matter is continued to _____ at _____
          *(date)*          *(time)*

☐ other *(specify)*: _____

_____

_____

_____

| By the Court *(Judge/Family Support Magistrate)* | Signed *(Assistant Clerk)* | Date of order |
|---|---|---|
| | | |

## Return of Service

I left a true and attested copy of the Motion for Contempt ☐ in the hands of the defendant ☐ in the hands of the plaintiff

☐ at the current home of the ☐ defendant or ☐ plaintiff at _____
                                              *(Number, street, town or city)*

The original Motion is attached.

| Name and title | County | Date of service |
|---|---|---|
| | | |

## For Use By Any Proper Officer As Defined by C.G.S. § 52-50(a) Only

### Fee information:

Copy _____

Endorsement _____

Service _____

Travel _____

Total _____

JD-FM-173   Rev. 2-15                                    Page 2

C27

**MOTION FOR MODIFICATION**
JD-FM-174   Rev. 2-13
C.G.S. §§ 46b-84, 46b-86
P.B. §§ 25-26, 25-30, 25-57, 25a-18, 25a-30
(Check one)

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY |
| --- |
| MFMOD |

☐ **Before judgment**   ☐ **After judgment** *(If the court has ordered you to attach a request for leave with a motion for modification of a final custody or visitation order, you must complete and attach a Request for Leave form (JD-FM-202) to this motion.)*

| Judicial District of *New Britain* | At (Town) *New Britain* | Docket Number *FA15501(6870* |
| --- | --- | --- |
| Plaintiff's Name (Last, first, middle initial) OLIVIERI , SARAH | Plaintiff's Address (Number, street, city, state, zip code) 107 BASSETT ST 3S, NB, CT 06051 | |
| Defendant's Name (Last, first, middle initial) OLIVIERI , JULIO G. | Defendant's Address (Number, street, city, state, zip code) 251 BINGHAM ST, NB, CT 06051 | |

Type of Motion to Modify
☒ Child Support   ☐ Alimony   ☒ Custody   ☐ Visitation   ☐ Other *(Specify):*

I, ___SARAH OLIVIERI___ , ☒ the Plaintiff   ☐ the Defendant   ☐ a Support Enforcement Officer,
(Name)
respectfully represent that:

1. This Court issued an order dated ___1-25-15___ directing ___JULIO G. OLIVIERI___ , residing at
(Name)
___251 BINGHAM ST, NEW BRITAIN, CT___ to: *(Complete the boxes that apply to your motion)*
(Number, street, city, state, zip code)

| Pay current support in the amount of: UNKNOWN $         every (per) | Pay alimony in the amount of: $         every (per) |
| --- | --- |

| Pay arrearages as follows: $         every (per) | on the total arrearage owed of  $ | as of (date) |
| --- | --- | --- |

| Have custody of the child/children: (Check one) ☒ Joint legal custody  ☐ Sole custody | Have visitation or parenting time as follows: VERBAL/WRITTEN EVERY OTHER WEEKEND, AGREEMENT-HOLIDAYS | Primary residence of children with: MOTHER |
| --- | --- | --- |

| Provide health insurance coverage ☐ No  ☐ Yes | Pay      % of unreimbursed medical expenses | Provide HUSKY/cash medical $         every (per) |
| --- | --- | --- |

| Contribute to child care      % or $ | Other (Specify): | |
| --- | --- | --- |

2. You must explain briefly the facts that are the reasons why you are asking for this modification. *(Check appropriate box or boxes. Attach additional sheet or sheets if necessary.)*

☒ Since the date of the order, the circumstances concerning this case have changed substantially as follows:
___HHB-FA15-5016870S , NEEDS OF CHILDREN HAVE INCREASED___

☐ The order for current child support is substantially different from the current child support and arrearage guidelines presumptive child support order as follows:

3. The ☐ plaintiff ☐ defendant  is a "deploying parent" of the armed forces. The facts about that deployment or mobilization are:

4.a. I am receiving state assistance or HUSKY health insurance, or I have received it in the past.  ☒ Yes  ☐ No
4.b. Any child that this motion is about is receiving state assistance or HUSKY health insurance, or has received it in the past? ☐ Yes ☐ No
If you answered "Yes" to either of these questions, you must send a copy of this motion to: The Office of the Attorney General, 55 Elm Street, Hartford, CT 06106. If you don't give the Attorney General's Office a copy, your motion may take longer to decide.

**I ask the Court to modify the existing order or orders as follows:** *(Check all that apply)*

**a. Child Support** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164), a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1, JD-FM-220), and an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date.)*
☒ Order current support   ☒ Find arrearage and order payment   ☒ Order immediate income withholding
☐ Increase current support   ☐ Provide HUSKY/cash medical   ☐ Provide health insurance coverage
☐ Decrease current support   ☐ Contribute to child care   ☐ Other

**b. Alimony** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Advisement of Rights Re: Income Withholding (JD-FM-71) on your hearing date).*
☐ Increase ☐ Decrease
the amount of alimony to be paid.

**c. Custody** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1, JD-FM-220) on your hearing date.)*
☒ Modify custody as follows: ___SOLE CUSTODY TO MOTHER___

*(Continued on back/page 2)*   Check appropriate court:   ☒ Superior Court   ☐ Family Support Magistrate Division

C2S                                                         113.00

| Plaintiff's Name (Last, first, middle initial) | Defendant's Name (Last, first, middle initial) | Docket Number |
|---|---|---|
| OLIVIERI, SARAH | OLIVIERI, JULIO G | |

*(Continued from page 1)*

**d. Visitation/Parenting Time** *(You must file a sworn to Financial Affidavit (JD-FM-6) at least 5 days before the hearing. You must also file an Affidavit Concerning Children (JD-FM-164) and a completed Worksheet for the Connecticut Child Support and Arrearage Guidelines (CCSG-1, JD-FM-220) on your hearing date).*

☒ Modify visitation (parenting time) as follows:
MATERNAL DISCRETION OR COURT'S DISCRETION ~~CFC~~

**e. Other** *(Please be specific):*
☒ PSYCHOLOGICAL EVALUATION OF THE CHILDREN

| Signature | Print Name | Title (if applicable) | Date Signed |
|---|---|---|---|
| | SARAH OLIVIERI | | 5-14-18 |

| Address (Number, street, city, state, zip code) | Telephone (Area code first) |
|---|---|
| 107 BASSETT ST. 3S, NEW BRITAIN, CT 06051 | 860 801 0076 |

**Certification**

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

| | |
|---|---|
| | |
| | |

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

| Signed *(Signature of filer)* ▶ | Print or type name of person signing | Date signed |
|---|---|---|
| Mailing address (Number, street, town, state and zip code) | | Telephone number |

---

**Order For Hearing and Summons** *(To be completed by clerk or support enforcement officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the
☑ Plaintiff ☐ Defendant ☐ Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ▶ | Superior Court, Judicial District of **New Britain** | | Date 6/7/18 |
|---|---|---|---|
| | Court Address **20 Franklin Square, New Britain, CT 06051** | Room Number 3D | Time 9:30 AM |

To any proper officer:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be Served | Address |
|---|---|
| Julio Olivieri | 251 Bingham St. New Britain CT 06051 |

| By the Court | Assistant Clerk/Support Enforcement Officer | Date Signed |
|---|---|---|
| Connors, J | Allison Ring TAC | 5/15/18 |

**Order**   The court has heard this motion and orders it
☐ Granted ☐ Denied **and** ☐ Further orders (if applicable):

| | |
|---|---|
| | |
| | |

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|
| | |

**For Court Use Only**
Fee for Motion to Modify: ☐ Paid ☐ Waived

C29

"I certify that the information on page 1 is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed on page 1.

| Notice ▶ | Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment. |
|---|---|

| Signed (Applicant) | Print name of person signing at left SARAH OLIVIERI | Date signed 5-14-18 |
|---|---|---|
| Subscribed and sworn to before me: | On (Date) 5/14/18   Signed (Notary Public, Commissioner of the Superior Court, Asst Clerk) MARY GOSTKOWSKI | |

## Order

The Court, having found the applicant ("X" all that apply): ☒ Not indigent . ☐ Indigent **and** unable to pay
☐ Indigent **or** unable to pay for parenting education program under C.G.S. § 46b-69b, hereby orders the application:
☐ Granted as follows:
    1. The following costs are ordered paid by the State
      ☐ Costs of service of process not to exceed:   $

      ☐ Other (Specify):

    2. The following fees are waived    ☐ Entry fee    ☐ Filing fee
                      ☐ Other (Specify):

    3. ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.
    4. Counsel is   ☐ Appointed (Name):

☐ Denied. If denied only in part, specify:
☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.
☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) Connors, J | On (Date) 5/19/18 | Signed (Judge, FSM) STEPHEN GOLDSCHMIDT COURT OFFICER | Date signed 5/14/18 |
|---|---|---|---|

## Request For Hearing On Denied Application

The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.
☒ I request a court hearing on the application.

| ▶ X Signed (Applicant) | X 5-14-18 Date signed |
|---|---|

**Hearing to be held at the Court location shown on page 1 on the date and time shown below:**

| Hearing on (Date) 5-15-2018 | At (Time) 930 am | Room number TBD / RM 212 | Signed (Assistant Clerk) SHAWN HERRICK ASSISTANT CLERK |
|---|---|---|---|

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☒ Indigent and unable to pay    hereby orders the application:
☒ Granted as follows:
    ☒ 1. The following costs are ordered paid by the State
      ☒ Costs of service of process not to exceed   $ Statutory rate
      ☐ Other (Specify):
    ☐ 2. The following fees are waived    ☒ Entry fee    ☒ Filing fee
                      ☐ Other (Specify):

☐ Denied for the following reason(s):
☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court (Print or type name of Judge/FSM) Dolan, J | On (Date) 5/15/18 | Signed (Judge, FSM, Assistant Clerk) Ed Dolan | Date signed |
|---|---|---|---|

JD-FM-75 Rev. 2-15            Page 2 of 2

LIST OF EXHIBITS

JD-CL-28  Rev. 6-15

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

LISTEXH

| Type of Proceeding: | Hearing | | Date(s) of Proceeding: | 08/13/2019; 10/04/2019 |
|---|---|---|---|---|

| Court | ☐ Geographic Area number | ☒ Judicial District of: New Britain | ☐ Housing Session | At (Town) New Britain |
|---|---|---|---|---|

| Name of case | Name(s) of Clerk(s) |
|---|---|
| Olivieri, Sarah v. Olivieri, Julio | Shane Canty |

| Name of Judge | Name(s) of court reporter(s) | Docket number |
|---|---|---|
| Hon. Suzanne E. Caron | Deborah Quigley; Michaela Hungerford | HHBFA155016870S |

| | Plaintiff's Exhibits | Entered as Full or ID | | Defendant's Exhibits | Entered as Full or ID |
|---|---|---|---|---|---|
| ☐ ID ☒ Full | 1. 06/13/2018 New Britain Police Report | 08/13/2019 | ☐ ID ☒ Full | A. Photos of child's arm | 10/4/2019 |
| ☐ ID ☒ Full | 2. 06/22/2018 New Britain Police Report | 08/13/2019 | ☐ ID ☒ Full | B. Photo of child's eye | 10/4/2019 |
| ☐ ID ☒ Full | 3. 11/22/2018 New Britain Police Report | 08/13/2019 | ☐ ID ☒ Full | C. GAL report | 10/4/2019 |
| ☐ ID ☒ Full | 4. 11/27/2018 New Britain Police Report | 08/13/2019 | ☐ ID ☐ Full | D. | |
| ☐ ID ☒ Full | 5. Visit summary from the Doctor | 10/4/2019 | ☐ ID ☐ Full | E. | |
| ☐ ID ☐ Full | 6. Note written by child | 10/4/2019 | ☐ ID ☐ Full | F. | |
| ☐ ID ☐ Full | 7. Letter regarding address confidentiality program | 10/4/2019 | ☐ ID ☐ Full | G. | |
| ☐ ID ☐ Full | 8. Text messages between Mother and minor child | 10/4/2019 | ☐ ID ☐ Full | H. | |
| ☐ ID ☒ Full | 9. Conversation between the parties | 10/4/2019 | ☐ ID ☐ Full | I. | |
| ☐ ID ☒ Full | 10. Messages between the parites | 10/4/2019 | ☐ ID ☐ Full | J. | |
| ☐ ID ☒ Full | 11. Messages between the parties | 10/4/2019 | ☐ ID ☐ Full | K. | |
| ☐ ID ☒ Full | 12. Messages between the parties | 10/4/2019 | ☐ ID ☐ Full | L. | |
| ☐ ID ☒ Full | 13. Messages between the parties | 10/4/2019 | ☐ ID ☐ Full | M. | |
| ☐ ID ☒ Full | 14. Messages between the parties | 10/4/2019 | ☐ ID ☐ Full | N. | |
| ☐ ID ☒ Full | 15. Messages between the parties | 10/4/2019 | ☐ ID ☐ Full | O. | |
| ☐ ID ☒ Full | 16. Message between the parties | 10/4/2019 | ☐ ID ☐ Full | P. | |
| ☐ ID ☒ Full | 17. Messages between the parties | 10/4/2019 | ☐ ID ☐ Full | Q. | |
| ☐ ID ☒ Full | 18. Messages between the parties | 10/4/2019 | ☐ ID ☐ Full | R. | |
| ☐ ID ☒ Full | 19. Messages between the parties | 10/4/2019 | ☐ ID ☐ Full | S. | |
| ☐ ID ☒ Full | 20. Messages between the parties | 10/4/2019 | ☐ ID ☐ Full | T. | |
| ☐ ID ☒ Full | 21. Messages between the parties | 10/4/2019 | ☐ ID ☐ Full | U. | |
| ☐ ID ☒ Full | 22. Messages between the parties | 10/4/2019 | ☐ ID ☐ Full | V. | |
| ☐ ID ☒ Full | 23. Messages between the parties | 10/4/2019 | ☐ ID ☐ Full | W. | |
| ☐ ID ☒ Full | 24. Messages between the parties | 10/4/2019 | ☐ ID ☐ Full | X. | |
| ☐ ID ☒ Full | 25. Messages | 10/4/2019 | ☐ ID ☐ Full | Y. | |
| ☐ ID ☒ Full | 26. Messages | 10/4/2019 | ☐ ID ☐ Full | Z. | |

| Plaintiff's exhibits returned to | Date | Defendant's exhibits returned to | Date |
|---|---|---|---|
| Receipt acknowledged (Attorney for Plaintiff) | Date | Receipt acknowledged (Attorney for Defendant) | Date |

(3)   Page 1 of 2



| Name of case | | Docket number |
|---|---|---|
| **Olivieri, Sarah v. Olivieri, Julio** | | **HHBFA155016878S** |

| | | | Entered as Full or ID | | | Entered as Full or ID |
|---|---|---|---|---|---|---|
| ☐ ID ☒ Full | 27. | Messages | 10/4/2019 | ☐ ID ☐ Full | | |
| ☐ ID ☒ Full | 28. | Photo | 10/4/2019 | ☐ ID ☐ Full | | |
| ☐ ID ☒ Full | 29. | Print out of Judical Branch website | 10/4/2019 | ☐ ID ☐ Full | | |
| ☐ ID ☒ Full | 30. | screen shot of message | 10/4/2019 | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |
| ☐ ID ☐ Full | | | | ☐ ID ☐ Full | | |

C32

AGREEMENT FORM

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

Court Use Only
AGREEMENT

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

Instructions:
make copies for yourself
the original to the Court Clerk

| Judicial District of | Address of court | Date ordered |
|---|---|---|
| New Britain | 20 Franklin Sq New Britain | 8-24-18 |

| Name of case | Docket number |
|---|---|
| Sarah Olivieri v. Julio Olivieri | HHB-FA-15 5016870 |

This agreement applies to the following motions: *(number or name)*    Matter continued to
Motion for Modification

☐ Pendente Lite Dissolution   ☐ Post Judgment Dissolution   ☐ Never Married   ☑ Final Judgment   ☐ Temporary Restraining Order Hearing

Agreement of the parties

The parties hereby agree to the following parenting schedule: The Defendant, Julio Olivieri, will pick up the 3 children, Ivy, Aniyah, and Inessa every other Friday, commencing on August 24, 2018 at 6:00pm and return them to the Plaintiff on Sunday by 7:00pm. Additionally, the Defendant shall pick up the children to take them to school every Tuesday and Thursday morning.

Neither party shall disparage the other in front of the children.

The parties further agree to reasonable modifications of this agreement after consultation with the other.

Monetary orders comply with the Child Support and Arrearage Guidelines:   ☐ Yes   ☐ No

If the orders differ from the guidelines, state the reason(s) for the deviation:

We hereby certify that the above conforms with the agreement of the parties.

| Signed *(Plaintiff/Plaintiff's attorney)* | Date 8-24-18 | Signed *(Defendant/Defendant's attorney)* | Date 8-24-18 |
|---|---|---|---|
| Signed *(Guardian ad Litem/Attorney for the Minor Child)* | Date | Approved and so ordered *(Judge/Family Support Magistrate)* | Date |

C 33

DOCKET NO.:  HHB-FA15-501670-S      :      SUPERIOR COURT

                     :

SARAH OLIVIERI      :      JUDICIAL DISTRICT

                     :

     v.      :      OF NEW BRITAIN

                     :

                     :

JULIO OLIVIERI      :      AUGUST 2, 2019

RECEIVED
AUG 05 2019

## DEFENDANT'S PROPOSED ORDERS

The Defendant, JULIO OLIVIERI, proposes that this Honorable Court enter the following Orders:

1. The Parties shall have joint legal custody of the children:  Ivy Olivieri, Aniyah Olivieri and Inessa Olivieri.

2. The Defendant/Father shall have primary residence of the minor children.

3. The parties shall make joint decisions regarding the minor children that are (a) not readily reversed and (b) that have significant long-term effects.  These decisions include, but are not limited to educational placement, non-emergency elective medical treatment and religious participation.

4. The Plaintiff/Mother shall have reasonable and liberal access to the children on a weekly basis, including weekends, to be mutually agreed upon by the parties.  Such visits will <u>not</u> be overnight unless the minor children agree to such overnight visits.  Plaintiff's parenting schedule shall be subject to the children's activities and the wishes of the children.  The parents acknowledge that they will need to be flexible with their parenting of the children due to the children's activities and social schedules.

5.     Mother shall provide meals for the children during her parenting time and shall be responsible for all costs of meals and/or any of the the children's activities during her parenting time.

6.     Holidays: The parties agree that they shall be reasonable with regard to holiday time such that they each shall have equal parenting time on Easter, Thanksgiving, Christmas Eve and Christmas Day and New Year's Eve and Day. They may mutually agree to time on other holidays.

7.     Holiday, vacation and other specific days with the children shall take priority over regular weekly access. The parties shall be flexible with respect to each other's requests for time with the children for special events or occasions outside of the schedule set forth above and shall work with each other's schedules to accommodate the children's activities and other special events. Each party shall be entitled to two (2) vacation weeks with the children during summer vacation. Those weeks may be consecutive. By May 1st of each year, the parties shall provide each other with written notice of their intended vacation weeks. In the event there is a conflict between the two, Defendant's requested period shall take precedence in even years and Plaintiff's requested period shall take precedence in odd years. The parties agree that they shall attempt to arrange for additional parenting time with the other parent before or after vacationing with the children. The parties may each request reasonable vacation time with the children throughout the year as long as reasonable notice is provided to the other parent.

8.     Affections: Neither parent shall make any derogatory comments to the children about the other nor do anything which would estrange the children from the other; which would

C35

injure the opinion of the children as to their Mother or Father; or which would impair the natural development of the children's love and respect for the other party.

9.   The parties agree that in reaching any major decisions pertaining to the children, they shall be guided by the best interests of the children.  The parties agree that neither party shall unreasonably withhold consent in reaching any major decisions pertaining to the children.

10.   The parent with whom the children are residing at the time shall make day-to-day decisions.  Nonetheless, the parties shall exert their best efforts to be consistent in their routines and disciplinary practices.

11.   The parties shall use their best efforts to adjust the access schedule upon reasonable request and notice from the other party, keeping in mind the best interest of the children.

12.   The parties shall each be entitled to liberal phone access to the children.  Said access shall not be intended to interfere with the privacy of the other parent.

13.   The parties have agreed that neither party shall pay child support to the other which is a deviation from the CT Child Support Guidelines.

14.   The parties agree to waive the provisions of C.G.S. §46b-56c in that they waive their right to have the court retain jurisdiction over the matter of an Educational Support Order in order to enter orders at a future time.

15.   The parties shall continue to maintain health, dental and vision insurance coverage for the benefit of the minor children through HUSKY for so long as the children are eligible. Decisions to incur all non-emergency related medical expenses for the children shall be made by both parties prior to incurring the expense.  The parties shall not take the children to an out-of-network medical care provider without prior consent of the other party.

C36

16.    The Defendant shall claim the minor children on his income taxes until they can no

longer be claimed as dependents.

17.    Neither party shall strike or otherwise employ corporeal punishment on the children.


**RESPECTFULLY SUBMITTED**

**JULIO OLIVIERI**


By:         _____/411403/_____

Manuel A. Suarez, Esq.
Law Offices of Manuel A. Suarez, Esq.
P.O. BOX 270652
West Hartford, CT  06127
Tel. (860) 206-9962
Juris No. 411403


## CERTIFICATION

I hereby certify that a copy of the above was mailed on this the 2nd day of August, 2019,
to all counsel and self-represented parties of record as follows

Ms. Sarah Olivieri
P.O. Box 150469
0736
30 Trinity Street
Hartford, CT  06115

David P. Coughlin, Esq.
Children's Law Center
30 Arbor Street
Hartford, CT  06106


_____/411403/_____
Manuel A. Suarez, Esq.

4

C37

**STATE OF CONNECTICUT**

| | | |
|---|---|---|
| DOCKET NO. FA-15-5016870-S | : | SUPERIOR COURT |
| | : | |
| OLIVIERI, SARAH | : | JUDICIAL DISTRICT |
| | : | OF NEW BRITAIN |
| | | |
| V. | : | AT NEW BRITAIN |
| | | |
| OLIVIERI, JULIO | : | AUGUST 12, 2019 |

## *RECOMMENDATIONS OF THE GUARDIAN AD LITEM*

The Guardian Ad Litem for the minor children Ivy Olivieri (D.O.B. 08/09/04), Aniyah Olivieri (D.O.B. 04/29/09), and Anessa Olivieri (D.O.B. 06/06/10) respectfully recommends that the following findings and orders are in the best interest of the minor children.

## CUSTODY

1. The Mother, Sarah Olivieri (hereinafter referred to as "Mother"), and the Father Julio Olivieri (hereinafter referred to as "Father") shall have Joint Legal Custody of the minor children.

2. Primary residence shall be with Father.

## PARENTING PLAN

1. In the event that the judicial grant still allows for additional access, mother shall complete all additional access allowable by the judicial grant with all minor

C38

children. During this time period the mother and children should discus with the assistance of the supervisor the next step in mothers parenting access.

2. Upon completion of the judicial grant; Mothers parenting access with the oldest minor child Ivy Olivieri shall be reasonable and liberal to be mutually agreed upon by the parties, with the input of the minor child. Both parties shall encourage the minor child to attend parenting access with mother. Both parties shall continue to work the with the minor child's therapist to improve the parental relationship between the mother and child.

3. Upon completion of the judicial grant; Mother's parenting access with the minor children Aniyah Olivieri and Inessa Olivieri shall be as follows;

   a. Unsupervised access; Every Wednesday from after school or 3:00 pm if no school until 7:30 pm.
   b. Unsupervised access; every other Saturday from 12:00 pm until 7:00 pm.
   c. The parties shall follow the above schedule for 8 weeks. Upon the completion of the 8th week, mothers access shall increase to;
      i. Unsupervised access; Every Wednesday from after school or 3:00 pm if no school until 7:30 pm.
      ii. Unsupervised access; every other Saturday from 12:00 pm until Sunday at 7:00 pm.

4. Neither party shall employ corporeal punishment towards the minor children.

The Children's Law Center of Connecticut
30 Arbor Street, North Building, Hartford, CT 06106
Phone: 860-232-9993 Fax: 860-232-9996
Juris Number: 410682

2

C39

## COUNSELING

1.  The minor children shall remain in counseling with their current therapist until the parties mutually agree and/or the therapist recommends that the children have completed their therapeutic goals. All parties shall cooperate with the minor children's therapy as deemed necessary or requested by the therapist. This includes actively encouraging any progress that the minor children has made with their therapeutic goals. No party shall discourage the minor children in anyway and shall allow for the minor children to utilize their therapy appointments as their "safe" place. No party shall question them regarding their sessions or question the validity of the statements the minor children makes to their therapist.  All questions shall be directed to the therapeutic organization and not the children.

2.   Mother shall remain in counseling with her current provider until such time that her and the therapist determine that ther therapeutic goals have been reached. Mother is highly encouraged to allow her counselors to speak with the minor children's therapist so that all parties can plan their therapeutic goals and progress together.

## NON DISPRAGEMENT/COMMUNICATION/ILLNESS

1.  No party shall coerce, threaten, harass, intimidate, discourage or in any way deny the children reasonable access to the other party. Access shall include, but not be limited to the children telephoning and writing (regular or e-mail) either party or receiving telephone calls or mail from either party. The children may initiate telephone calls to the parties as often as the children desires.

The Children's Law Center of Connecticut
30 Arbor Street, North Building, Hartford, CT 06106
Phone: 860-232-9993 Fax: 860-232-9996
Juris Number: 410682

3

C40

2. No party shall speak to the minor children regarding at issue relating to the court process or any other adult issue. This includes but not limited to any court decisions, motions filed, or perceived reasoning why the court process is occurring.  Any adult themed conversations shall be at the discretion of the children's therapist and done in a therapeutic setting.

3. In the event of the illness or personal injury of the children, the first party to learn of such illness or injury shall notify the other immediately (by all available means including text, by land and cell phones, etc.) and each party shall keep the other reasonably informed of the whereabouts and condition of the children. For purpose of this paragraph, the word "illness" shall mean any sickness or ailment, which requires the services of a physician. The word "injury" shall mean any injury, which requires the services of a physician.  During any illness or injury, the party shall have the right of reasonable visitation to such children in addition to their other rights provided herein. The parties agree that if either of them has knowledge of any illness or accident or other circumstances seriously affecting the health or welfare of the child then they will promptly notify the other as aforesaid and both parties shall have unlimited visitation privileges, consistent with the circumstances, for so long as the situation pertains.

## MEDICAL INSURANCE

1. The Mother and the Father shall all obtain medical and dental insurance for the benefit of the minor children, if such insurance is available to them through their employment, union, or other group plan at a reasonable cost not exceeding 7.5 % of their net weekly income.  In the event such insurance is not available or cannot be obtained at a reasonable cost, they shall maintain the child on the HUSKY Plan

The Children's Law Center of Connecticut
30 Arbor Street, North Building, Hartford, CT 06106
Phone: 860-232-9993 Fax: 860-232-9996
Juris Number: 410682

or another comparable plan.  The provisions of C.G.S. § 46b-84(e) are incorporated herein by reference.

Respectfully submitted,

By: _____

Attorney David Coughlin
Guardian *ad Litem* for the minor child
The Children's Law Center
30 Arbor Street, North Building
Hartford, CT  06106
860/232-9993; F:860/232-9996

The Children's Law Center of Connecticut
30 Arbor Street, North Building, Hartford, CT 06106
Phone: 860-232-9993 Fax: 860-232-9996
Juris Number: 410682

5

C42

## <u>ORDER</u>

So ordered.
BY THE COURT,

_____

Judge/Assistant Clerk                    date

The Children's Law Center of Connecticut
30 Arbor Street, North Building, Hartford, CT 06106
Phone: 860-232-9993 Fax: 860-232-9996
Juris Number: 410682

C43

 **State of Connecticut Judicial Branch**
# Superior Court Case Look-up


OLIVIERI, SARAH v. OLIVIERI, JULIO. G.





| | | | |
|---|---|---|---|
| | [illegible] | | APPEARANCE |
| 100.30 | 09/23/2015 | | RETURN OF SERVICE |
| 101.00 | 09/23/2015 | | [illegible] |
| 102.00 | 09/23/2015 | | AFFIDAVIT CONCERNING CHILDREN |
| 103.00 | 09/23/2015 | | [illegible] |
| 104.00 | 09/23/2015 | | [illegible] |
| 105.00 | 01/25/2016 | | FINANCIAL AFFIDAVIT JD-FM-6 SHORT |
| 106.00 | 01/25/2016 | | FINANCIAL AFFIDAVIT JD-FM-6 SHORT |
| 107.00 | 01/25/2016 | | WORKSHEET FOR THE CONNECTICUT CHILD SUPPORT AND ARREARAGE GUIDELINES (CCSG-1) |
| 108.00 | 01/25/2016 | | AGREEMENT |
| 109.00 | 01/25/2016 | | JUDGMENT OF DISSOLUTION [illegible] |
| 110.00 | 01/25/2016 | | [illegible] |
| 111.00 | 05/15/2018 | | [illegible] |
| 112.00 | 05/15/2018 | | APPLICATION FOR EMERGENCY EX PARTE ORDER OF CUSTODY |
| 112.01 | 05/22/2018 | | RETURN OF SERVICE |
| 112.10 | 05/25/2018 | | ORDER |
| 113.00 | 05/15/2018 | | [illegible] |
| 113.01 | 05/22/2018 | | RETURN OF SERVICE |
| 113.10 | 05/25/2018 | | ORDER |
| 114.00 | 06/15/2018 | | AFFIDAVIT CONCERNING CHILDREN |
| 115.00 | 06/15/2018 | | [illegible] |
| 115.10 | 07/19/2018 | | ORDER |
| 115.20 | 08/03/2018 | | ORDER |
| 115.30 | 08/24/2018 | | ORDER |
| 116.00 | 06/19/2018 | | [illegible] |
| 117.00 | 06/22/2018 | | APPLICATION FOR EMERGENCY EX PARTE ORDER OF CUSTODY |
| 117.10 | 07/02/2018 | | ORDER |
| 118.00 | 06/22/2018 | | AFFIDAVIT CONCERNING CHILDREN |
| 119.00 | 06/22/2018 | | [illegible] |
| 119.10 | 07/02/2018 | | ORDER |
| 119.20 | 07/19/2018 | | ORDER |
| 119.30 | 08/03/2018 | | ORDER |
| 119.40 | 08/24/2018 | | ORDER |
| 120.00 | 08/28/2018 | | [illegible] |
| 121.00 | 08/24/2018 | | [illegible] |
| 122.00 | 08/28/2018 | | FINANCIAL AFFIDAVIT [illegible] |
| 123.00 | 11/29/2018 | | [illegible] |
| 124.00 | 12/14/2018 | | [illegible] |

| | | | |
|---|---|---|---|
| 125.00 | 12/14/2018 | | |
| 125.10 | 12/21/2018 | | RETURN OF SERVICE |
| 125.20 | 01/18/2019 | | |
| 125.30 | 02/05/2019 | | ORDER |
| 126.00 | 12/14/2018 | | OBJECTION |
| 127.00 | 12/26/2018 | | POST-JUDGMENT MOTION FOR MODIFICATION - CUSTODY, VISITATION<br>RESULT: Order 5/2/2019 HON SUZANNE CARON |
| 127.10 | 01/18/2019 | | ORDER<br>RESULT: Order 1/18/2019 HON SUZANNE CARON |
| 127.20 | 02/05/2019 | | ORDER<br>RESULT: Order 2/5/2019 HON SUZANNE CARON |
| 127.30 | 04/12/2019 | | ORDER<br>RESULT: Order 4/12/2019 HON SUZANNE CARON |
| 127.40 | 05/02/2019 | | ORDER<br><br>Last Updated: Additional Description: 05/02/2019 |
| 127.50 | 05/02/2019 | | ORDER<br>RESULT: Order 5/2/2019 HON SUZANNE CARON |
| 127.60 | 10/11/2019 | | ORDER<br>RESULT: Order 10/11/2019 HON SUZANNE CARON |
| 128.00 | 12/26/2018 | | AFFIDAVIT CONCERNING CHILDREN |
| 129.00 | 12/26/2018 | | FINANCIAL AFFIDAVIT JD-FM-6 SHORT |
| 130.00 | 01/11/2019 | | MOTION TO STRIKE<br>RESULT: Denied 2/5/2019 HON SUZANNE CARON |
| 130.10 | 02/05/2019 | | ORDER |
| 130.20 | 03/14/2019 | | <br><br>Last Updated: |
| 130.30 | 03/18/2019 | | ORDER<br>RESULT: Denied 3/18/2019 HON SUZANNE CARON |
| 131.00 | 01/17/2019 | | ORDER WITHOUT AGREEMENT OF THE PARTIES - SUPERVISED VISITATION NO VISITATION CENTER (FORM JD-FM-241) |
| 132.00 | 01/17/2019 | | ORDERS OF DUTIES AND FEES - COUNSEL OR GUARDIAN AD LITEM FOR MINOR CHILD OR CHILDREN |
| 133.00 | 01/17/2019 | | ORDER APPOINTING COUNSEL OR GUARDIAN AD LITEM FOR MINOR CHILD OR CHILDREN - EMERGENCY SITUATION |
| 134.00 | 02/05/2019 | | MOTION FOR ORDER<br>RESULT: Order 2/5/2019 HON SUSAN CONNORS |
| 134.10 | 02/05/2019 | | |
| 134.20 | 03/14/2019 | | ORDER<br><br><br>Last Updated: |
| 134.30 | 03/18/2019 | | ORDER |
| 135.00 | 02/05/2019 | | ORDER |
| 136.00 | 03/18/2019 | | ORDER WITHOUT AGREEMENT OF THE PARTIES - SUPERVISED VISITATION NO VISITATION CENTER (FORM JD-FM-241) |
| 137.00 | 03/20/2019 | | GUARDIAN AD LITEM, REQUEST FOR STATUS CONFERENCE (INCLUDING JD-FM-219) |
| 137.10 | 04/01/2019 | | ORDER<br>Last Updated: |
| 137.20 | 04/12/2019 | | ORDER |
| 138.00 | 04/22/2019 | | GUARDIAN AD LITEM, REQUEST FOR STATUS CONFERENCE (INCLUDING JD-FM-219) |
| 138.10 | 05/02/2019 | | ORDER |



| 138.20 | 05/02/2019 | | |
| 139.00 | 05/07/2019 | | MOTION FOR CONTEMPT POST-JUDGMENT |
| | | | Last Updated: |
| 139.01 | 05/13/2019 | | RETURN OF SERVICE |
| 139.10 | 06/20/2019 | | ORDER |
| 140.00 | 07/02/2019 | | ORDER |
| 141.00 | 09/24/2019 | | BRIEF |
| 142.00 | 10/11/2019 | | MEMORANDUM OF DECISION ON MOTION |
| 143.00 | 10/11/2019 | | LIST OF EXHIBITS (JD-CL-28/JD-CL-28a) |
| 144.00 | 12/30/2019 | | AFFIDAVIT OF EXPENSES OF COUNSEL OR GUARDIAN AD LITEM FOR MINOR CHILD OR CHILDREN |

Scheduled Court Dates as of 02/07/2020

HHB-FA15-5016870-S - OLIVIERI, SARAH v. OLIVIERI, JULIO, G.

| # | Date | Time | Event Description | Status |
|---|------|------|-------------------|--------|
| | | | No Events Scheduled | |

Attorneys  Case Look-up  Courts  Directories  Educational Resources  E-Services  FAQs  Juror Information  News & Updates  Opinions  Opportunities  Self Help  Home

Common Legal Terms  Contact Us  Site Map  Website Policies

C 47