**IN THE CONNECTICUT DISTRICT COURT**

**FOR THE UNITED STATES**

**Plaintiff: Finney, John Kell,**

**Ex Rel.: Sarah Olivieri**

**-vs.-**

**Defendants: State of Connecticut-Actors (Judges): Edward Dolan, John L. Carbonneau, Jr. Susan Connor, Suzanne Caron, Vernon Oliver, Edward J Mullarkey, Lyfshitz, The New Britain Police Department, Connecticut Child Support Enforcement Agency**

**Individuals acting under State Actors (Law): Attorney Fiedler, Attorney Saurez, Michelle Thomas, Shirley Thomas, Mignonne Thomas, Damian Thomas, Naomi Thomas, Julio Olivieri, Hudson Farms**

**State of New Jersey-Actors (Judges): Wright, Farber, Critchley, Jr Andover Municipal Court, Middlesex County Superior Court, NJ Child Support Enforcement Agency, Department Children Permanent Placement**

**3:20-CV-00158**

**MOTION FOR RECONSIDERATION**

APR 8 2020 PM12:47 FILED-USDC-CT-HARTFORD

The Plaintiff, Finney, John K.; pursuant to FRCP RULE 60b, to address whether the Plaintiff has failed to state a claim in which relief can be granted. Connecticut and New Jersey share the same view on every type of child exploitation.

**Justin Ringgold-Lockhart, Nina Ringgold v. County Of Los Angeles; Andrea Sheridan Ordin, Jerry Brown, Kamala Harris, John A. Clarke;** No. 11-57231 D.C. No. 2:11-cv-01725R-PLA, (9th Cir., 2011): Under 28 U.S.C. § 1291. ... We may exercise this jurisdiction even absent an indication that the Ringgolds have already been denied access to the court because of the district court's order. ... Here, ... the district court ... initiated the vexatious litigant order at issue, there is a substantial likelihood that the Ringgolds will name these appellees in future lawsuits. Appellees therefore have "a cognizable interest in the outcome of" this appeal; there is no cause to dismiss them from this appeal, and we may consider their arguments. ... the Ringgolds had a due process right to be heard on this matter. The district court faults the Ringgolds for "reiterating old facts and arguments" in their response to the court order. As the Ringgolds had to argue that their filings were not frivolous, such repetition was inevitable. What's more, the district court invited their response. ... And a pattern of frivolous or abusive litigation in different jurisdictions *undeterred by adverse judgments* may inform a court's decision that an injunction is necessary.

**CAUSE OF ACTION**

**Streeter v. Rifton Management;** No. X01 CV-02-179481S, (Conn. Super. Ct. 2004): ***The broad claim is that EJM advertised discretion and privacy to a clientele sufficiently elite to pay a price many times the fee charged by ... that it failed to employ adequate safeguards to prevent ... child abductions.*** The defendant has denied all substantive allegations ... [A] cause of action for loss of filial consortium. ... Connecticut shares with Massachusetts the same interest in preserving the family unit, safeguarding the physical or emotional well-being of children, and the enforcement of judicial determinations of custody and visitation.

"The test in Connecticut for the legal duty of care entails: ... "[R]easonable foreseeability, rather than hindsight, is the criterion which must be applied."... "[w]hat is relevant . . . is the . . . attenuation between [the defendant's] conduct, on the one hand, and the consequences to and the identity of the plaintiff, on the other hand."... or whether the interests of the plaintiff are entitled to legal protection at the defendant's hands against the invasion which has in fact occurred. ... If Connecticut law applied, the result would not be different ... to plead a claim for bystander ("zone of danger") emotional distress ... the Court found no reason to make a distinction between a physical and emotional harm. ... Connecticut has broadened the scope of liability to include joint custodians, finding it unlawful when a parent "purposefully deprives the other joint custodian of their joint custody of the minor child." State v. Vakilzaden, 251 Conn. 656, 664 (1999). ... The Connecticut Supreme Court has also recognized aiding and abetting as an appropriate vehicle for imposing civil liability ... the plaintiff must plead and prove the following: 1) the party whom the defendant aided must have performed a wrongful act that caused an injury; 2) the defendant must have been generally aware of [its] role as part of an

overall illegal or tortious activity at the time [it] provided the assistance; and 3) the defendant must have knowingly and substantially assisted the principal violation.

**Segal v. Lynch;** 993 A.2d 1229, (N.J. App., 2010): "As a matter of public policy, the grievance raised by plaintiff in this suit must be brought before and addressed by the Family Part as part of an action for custody or parenting time, where their governing principle for adjudication will be the best interests of these two children. In these matters, the Family Part has both the expertise and the power to correct abuses by one parent against the other, while shielding the children from the type of emotional injury that is inextricably linked to civil action for damages ... However we do not foreclose the possibility that a cause of action maybe brought by alleging facts that are "so outrageous in character, so extreme in degree, as to go beyond all possible bounds of decency, and to be regarded atrocious, and utterly intolerable in a civilized community," thus satisfying prong two of the Buckley standard. As we previously noted, cases involving full on parental abduction, where children are intentionally removed to foreign jurisdictions for the purpose of frustrating the innocent parent's custodial rights or intentional false accusations of parent child [exploitation(replaced)], Are but two examples of factual scenarios that may satisfy the outrageous conduct requirement under Buckley."

**Wyatt v. McDermott;** 725 S.E.2d 555, (Va. 2012): We recognize the essential value of protecting a parent's right to form a relationship with his or her child. We have previously acknowledged that "the relationship between a parent and child is constitutionally protected by the Due Process Clause of the Fourteenth Amendment." ... Indeed, the Supreme Court of the United States has characterized a parent's right to raise his or her child as "perhaps the oldest of the fundamental liberty interests recognized by this Court."... we affirmed a judgment granting relief for a **tortious conspiracy to procure a breach of contract.** ... When a parent has been unduly separated from a child by a third party for a substantial period of time without due process of law, however, other legitimate harms may be suffered that are properly recoverable in tort, including loss of companionship, mental anguish, loss of services, and expenses incurred to recover the child. ... There remain many cognizable scenarios in which **intentional tortious interference with parental rights could be invoked not as a legal redundancy, but as a unique remedy.** ... ***The fact that parental rights are an element of the tort does not act as a per se bar to the recognition of the tort. The finding of parental rights in tort would not dictate the outcome of a custody proceeding or adoption.*** ... The California Supreme Court has held that to sustain a cause of action ... plead the following five elements: A valid contract between plaintiff and a third party; Defendant's knowledge of this contract; Defendant's intentional acts designed to induce a breach or disruption of the contractual relationship; Actual breach or disruption of the contractual relationship; and Resulting damage. ... [T]he Court of Appeal upheld an award of hundreds of millions of dollars against an acquiring company and its executives for interfering with a contract entered into by the acquired company.

**HTP v. Lineas Aereas Costarricenses, S.A.;** 685 So.2d 1238, (Fla., 1996)): "[A] "cause of action for **fraud in the inducement of contract** is an independent tort and is not barred by the economic loss rule." ... [S]tate a claim for fraudulent inducement because the seller's representation regarding revenues: 1) was made prior to the contract's execution; 2) was

knowingly false; 3) was made with the intent to induce reliance; 4) was (allegedly) justifiably relied upon; and 5) did, in fact, induce the contract.

**Humphries v. CBOCS WEST INC.;** No. 05-4047, (7th Cir., 2007): "[I]n section 1981, which states: All persons within the jurisdiction of the United States shall have the same right in every State and Territory ***to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property*** ..., and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other. ... codified in section 1982, ... providing a broad-based prohibition (and federal remedy) against racial discrimination in the making and enforcing of contracts. ... "postformation conduct" (i.e., adverse acts, such as harassment or retaliation, that occur after an initial contractual relationship has been established). ... Section 1981 encompasses the "termination of contracts," and there can be no doubt that a retaliatory discharge is indeed a termination of the employment contract. ... retaliation need not have a discriminatory intent behind it. ... under 42 U.S.C. § 1982 has standing to complain about ***retaliation***, ... Sullivan is of a piece with other decisions holding that judges may supplement statutes to make them "more effective.' ... Patterson court recognized that section 1981's right to "enforce contracts" prohibits efforts to "impede access to the courts or obstruct nonjudicial methods of adjudicating disputes about the force of binding obligations."

**Alexander v. Sandoval;** 532 U.S. 275 (2001): Our conclusion was unequivocal: "We have no doubt that Congress intended to create Title IX remedies comparable to those available under Title VI and that it understood Title VI as authorizing an implied private cause of action for victims of the prohibited discrimination." ... cases involving allegations of ***intentional discrimination***. ... Not some of the prohibited discrimination, but all of it. ... that private parties may seek injunctive relief against governmental practices that have the effect of discriminating.

**John T. Nelson v. Lori Green, Et Al.;** CASE NO. 3:06-cv-00070, (D.VA, 2006): "I find that this case represents one of "those instances where [a] state official's actions were directly aimed at the parent-child relationship," ... and Plaintiff's allegations against Green rise to the level of an actionable violation of the familial right to privacy. ... A right is clearly established when it has been authoritatively decided by the Supreme Court, the appropriate United States Court of Appeals, or the highest court of the state in which the action arose. **...** In order to establish a case for ***malicious prosecution***, a plaintiff must show that "the prosecution was (1) malicious, (2) instituted by or with the cooperation of the [defendant], (3) without probable cause, and (4) terminated in a manner not unfavorable to [plaintiff]." ... "special loss or unusual hardship resulting from the malicious prosecution of the original action[.]" .... Regarding the first and third elements, which appear to be in dispute in this case, "legal malice may be inferred by the jury for want of probable cause. ... Regarding the special injury requirement under Ayyildiz, Plaintiff alleges that Defendants nearly ruined his professional career, and caused him to incur over a million dollars in attorney fees and litigation costs. ... The plaintiff sought compensatory and punitive damages against those defendants for the tortious interference with his parental rights in federal district court in Virginia. ... ("[A] mental health care provider owes a duty to any person, who is the subject of any public report or other adverse recommendation by that provider, to use due care in formulating any opinion[.]

CONCLUSION

The plaintiff seeks to be remedied for the following causes of actions, as the facts given to the court prove without a shadow of a doubt that these individuals are liable, without immunity due to lack of Jurisdiction, outside the job function/parameters, and or violate clearly established law. The Plaintiff is restricted to what he can do regarding his eldest daughter due to their relationship's delicate situation, but wishes something could be done regarding this.

 Wheeler
Innovative Care. Positive Change.

# Explore Program

A STRATEGY TO REDUCE DOMESTIC VIOLENCE

The Explore program provides domestic violence offenders with the information and skills they need to change the behaviors and improve their current and future relationships.

The program is a 26-session psycho-educational group intervention aimed at increasing offender accountability and victim safety. The service emphasizes peer confrontation, skills training and education and includes:

- 90-minute weekly group sessions targeting domestic violence issues
- Collaboration with a network of local emergency and support services for those affected by domestic violence
- Referrals for other services as necessary

## WE SERVE ADULTS IN:

Greater Bristol, Hartford, Middletown, Meriden, and New Britain area

## OUR OUTCOMES:

In FY 2015:

**> 20%**

of Explore clients were re-arrested in the 12 months following group completion, meeting or surpassing the statewide goal. *Lower rates indicate fewer clients were arrested following service completion.*

Adults in this program are referred by the Office of Adult Probation or the court.

For more information, call 860.224.6396.

Payment Options
There is a sliding scale of $5 - $45 per group session.

Locations

36 Race Street
Bristol, CT 06010

999 Asylum Avenue
Hartford, CT 06105

130 Research Parkway
Meriden, CT 06450

20 Tuttle Place
Middletown, CT 06457

75 North Mountain Road
New Britain, CT 06053

Funding Sources
State of Connecticut Judicial Branch, Court Support Services Division

 # State of Connecticut Judicial Branch
# Superior Court Case Look-up

Superior Court Case Look-up
Civil/Family
Housing
Small Claims
Attorney/Firm Juris Number Look-up
Case Look-up
By Party Name
By Docket Number
By Attorney/Firm Juris Number
By Property Address
Short Calendar Look-up
By Court Location
By Attorney/Firm Juris Number
Motion to Seal or Close
Calendar Notices
Court Events Look-up
By Date
By Docket Number
By Attorney/Firm Juris Number
Legal Notices
Pending Foreclosure Sales
Understanding Display of Case Information
Contact Us

Comments

**HHB-FA15-5016870-S** OLIVIERI, SARAH v. OLIVIERI, JULIO, G.

**Prefix/Suffix:** [none] **Case Type:** F00 **File Date:** 09/25/2015 **Return Date:** 10/20/2015

Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help

To receive an email when there is activity on this case, click here.

**Information Updated as of:** 03/18/2020

**Case Information**

**Case Type:** F00 - Family - Dissolution of Marriage - C.G.S. Chapter 815j
**Court Location:** NEW BRITAIN JD
**Financial Disputes:** No
**Parenting Disputes:** No
**RFTD Referral:** No
**RFTD Accepted:** No
**Last Action Date:** 03/09/2020 (Last Action Date is a data entry date, not actual date)

**Disposition Information**

**Disposition Date:** 01/25/2016
**Disposition:** JUDGMENT OF DISSOLUTION AFTER UNCONTESTED HEARING
**Judge or Magistrate:** HON JOHN CARBONNEAU

**Party/Appearance/ IV-D Authorized Filer Information**

| Party | | | | No Fee Party | Category |
|---|---|---|---|---|---|
| **P-01** | **SARAH OLIVIERI** | | | | Plaintiff |
| | **Self-Rep:** NEW | PO BOX 3062<br>NEW BRITAIN, CT 06050 | File Date: 03/09/2020 | | |
| **D-01** | **JULIO G. OLIVIERI** | | | | Defendant |
| | **Attorney:** | MANUEL ANTONIO SUAREZ (411403)<br>P.O. BOX 270652<br>WEST HARTFORD, CT 06127<br>Appearance For: Both (Family Superior Court & IV-D Child Support) | File Date: 08/09/2018 | | |
| **O-01** | **CHILDREN'S LAW CENTER (GAL)** | | | | GAL for Minor Child |
| | **Attorney:** | CHILDREN'S LAW CENTER INC (410682)<br>30 ARBOR STREET<br>HARTFORD, CT 06106<br>Appearance For: Family Superior Court Only | File Date: 01/25/2019 | | |

**Viewing Documents on Family Cases:**

- Documents, court orders and judicial notices in electronic (paperless) family cases are not available publicly over the internet.*
- Documents, court orders and judicial notices in paper family files can be viewed at the Clerk's Office in the Judicial District where the case is located during normal business hours*
- If there is an in front of the docket number of a case, the court file for that case is electronic (paperless). Documents and court orders in electronic (paperless) family cases can be viewed at public access computers in any judicial district courthouse during normal business hours.*

*Any documents protected by law or by court order that are not open to the public cannot be viewed by the public online and can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

**Motions / Pleadings / Documents / Case Status**

| Entry No | File Date | Filed By | Description |
|---|---|---|---|
| | 09/25/2015 | P | **SUMMONS** |
| | 09/25/2015 | P | **COMPLAINT** |
| | 09/25/2015 | P | **NOTICE OF AUTOMATIC COURT ORDERS** |
| | 10/19/2015 | | **APPEARANCE** |
| | 05/14/2018 | | **APPEARANCE** |
| | 06/22/2018 | | **APPEARANCE** |
| | 08/09/2018 | D | **APPEARANCE**<br>Appearance |
| | 01/25/2019 | O | **APPEARANCE** |

| | | | |
|---|---|---|---|
| | | | Appearance |
| | 05/07/2019 | | **APPEARANCE** |
| | 03/09/2020 | | **APPEARANCE** NEW |
| 100.30 | 09/25/2015 | P | **RETURN OF SERVICE** |
| 101.00 | 09/22/2015 | P | **MOTION TO WAIVE ENTRY FEE AND PAY COSTS OF SERVICE**<br>*RESULT:* Granted 9/22/2015 HON LISA MORGAN |
| 102.00 | 09/25/2015 | P | **AFFIDAVIT CONCERNING CHILDREN** |
| 103.00 | 09/25/2015 | P | **MOTION FOR PENDENTE LITE ORDERS INCLUDING CUSTODY** |
| 104.00 | 09/25/2015 | P | **CERTIFICATION - PUBLIC ASSISTANCE** |
| 105.00 | 01/25/2016 | P | **FINANCIAL AFFIDAVIT JD-FM-6-SHORT** |
| 106.00 | 01/25/2016 | D | **FINANCIAL AFFIDAVIT JD-FM-6-SHORT** |
| 107.00 | 01/25/2016 | O | **WORKSHEET FOR THE CONNECTICUT CHILD SUPPORT AND ARREARAGE GUIDELINES CCSG-1** |
| 108.00 | 01/25/2016 | O | **AGREEMENT** |
| 109.00 | 01/25/2016 | C | **JUDGMENT OF DISSOLUTION AFTER UNCONTESTED HEARING**<br>*RESULT:* HON JOHN CARBONNEAU |
| 110.00 | 01/25/2016 | C | **JUDGMENT FILE** |
| 111.00 | 05/15/2018 | P | **MOTION TO WAIVE ENTRY FEE AND PAY COSTS OF SERVICE**<br>*RESULT:* Granted 5/15/2018 HON EDWARD DOLAN |
| 112.00 | 05/15/2018 | P | **APPLICATION FOR EMERGENCY EX PARTE ORDER OF CUSTODY**<br>*RESULT:* Order 5/25/2018 HON EDWARD DOLAN<br>**Last Updated:** Result Information - 05/15/2018 |
| 112.01 | 05/22/2018 | O | **RETURN OF SERVICE** |
| 112.10 | 05/25/2018 | C | **ORDER**<br>*RESULT:* Order 5/25/2018 HON EDWARD DOLAN |
| 113.00 | 05/15/2018 | P | **MOTION TO MODIFY - GENERAL**<br>*RESULT:* Order 5/25/2018 HON EDWARD DOLAN |
| 113.01 | 05/22/2018 | O | **RETURN OF SERVICE** |
| 113.10 | 05/25/2018 | C | **ORDER**<br>*RESULT:* Order 5/25/2018 HON EDWARD DOLAN |
| 114.00 | 05/15/2018 | P | **AFFIDAVIT CONCERNING CHILDREN** |
| 115.00 | 06/14/2018 | P | **MOTION FOR CONTEMPT POST-JUDGMENT**<br>Order to Show Cause<br>*RESULT:* Order 8/24/2018 HON HOLLY ABERY-WETSTONE<br>**Last Updated:** Result Information - 08/24/2018 |
| 115.10 | 07/19/2018 | C | **ORDER**<br>*RESULT:* Continuance 7/19/2018 HON EDWARD DOLAN |
| 115.20 | 08/03/2018 | C | **ORDER**<br>*RESULT:* Continuance 8/3/2018 HON HOLLY ABERY-WETSTONE |
| 115.30 | 08/24/2018 | C | **ORDER**<br>*RESULT:* Order 8/24/2018 HON HOLLY ABERY-WETSTONE |
| 116.00 | 06/19/2018 | P | **MOTION TO WAIVE ENTRY FEE AND PAY COSTS OF SERVICE**<br>*RESULT:* Denied 6/19/2018 HON SUSAN CONNORS |
| 117.00 | 06/22/2018 | D | **APPLICATION FOR EMERGENCY EX PARTE ORDER OF CUSTODY**<br>*RESULT:* Order 7/2/2018 HON HOLLY ABERY-WETSTONE |
| 117.10 | 07/02/2018 | C | **ORDER**<br>*RESULT:* Order 7/2/2018 HON HOLLY ABERY-WETSTONE |
| 118.00 | 06/22/2018 | D | **AFFIDAVIT CONCERNING CHILDREN** |
| 119.00 | 06/22/2018 | D | **POST-JUDGMENT MOTION FOR MODIFICATION - OTHER**<br>*RESULT:* Order 8/24/2018 HON HOLLY ABERY-WETSTONE<br>**Last Updated:** Result Information - 08/24/2018 |
| 119.10 | 07/02/2018 | C | **ORDER**<br>*RESULT:* Order 7/2/2018 HON HOLLY ABERY-WETSTONE |
| 119.20 | 07/19/2018 | C | **ORDER**<br>*RESULT:* Continuance 7/19/2018 HON EDWARD DOLAN |
| 119.30 | 08/03/2018 | C | **ORDER**<br>*RESULT:* Continuance 8/3/2018 HON HOLLY ABERY-WETSTONE |
| 119.40 | 08/24/2018 | C | **ORDER**<br>*RESULT:* Order 8/24/2018 HON HOLLY ABERY-WETSTONE |
| 120.00 | 06/25/2018 | D | **RETURN OF SERVICE** |
| 121.00 | 08/24/2018 | O | **AGREEMENT** |
| 122.00 | 08/24/2018 | D | **FINANCIAL AFFIDAVIT JD-FM-6-SHORT** |
| 123.00 | 11/28/2018 | P | **MOTION FOR SANCTIONS** |

| | | | |
|---|---|---|---|
| 124.00 | 12/14/2018 | P | **MOTION TO WAIVE ENTRY FEE AND PAY COSTS OF SERVICE**<br>*RESULT:* Denied 12/14/2018 HON SUSAN CONNORS |
| 125.00 | 12/14/2018 | P | **MOTION FOR CONTEMPT POST-JUDGMENT**<br>Order to Show Cause<br>*RESULT:* Order 2/5/2019 HON SUZANNE CARON |
| 125.10 | 12/21/2018 | P | **RETURN OF SERVICE** |
| 125.20 | 01/18/2019 | C | **ORDER**<br>*RESULT:* Order 1/18/2019 HON SUZANNE CARON |
| 125.30 | 02/05/2019 | C | **ORDER**<br>*RESULT:* Order 2/5/2019 HON SUZANNE CARON |
| 126.00 | 12/14/2018 | P | **OBJECTION** |
| 127.00 | 12/26/2018 | D | **POST-JUDGMENT MOTION FOR MODIFICATION - CUSTODY, VISITATION**<br>*RESULT:* Order 5/2/2019 HON SUZANNE CARON |
| 127.10 | 01/18/2019 | C | **ORDER**<br>*RESULT:* Order 1/18/2019 HON SUZANNE CARON |
| 127.20 | 02/05/2019 | C | **ORDER**<br>*RESULT:* Order 2/5/2019 HON SUZANNE CARON |
| 127.30 | 04/12/2019 | C | **ORDER**<br>*RESULT:* Order 4/12/2019 HON SUZANNE CARON |
| 127.40 | 05/02/2019 | C | **ORDER**<br>See corrected order #127.50<br>*RESULT:* Order 5/2/2019 HON SUZANNE CARON<br>*Watermark*<br>**Last Updated:** Additional Description - 05/03/2019 |
| 127.50 | 05/02/2019 | C | **ORDER**<br>*RESULT:* Order 5/2/2019 HON SUZANNE CARON |
| 127.60 | 10/11/2019 | C | **ORDER**<br>*RESULT:* Order 10/11/2019 HON SUZANNE CARON |
| 128.00 | 12/26/2018 | D | **AFFIDAVIT CONCERNING CHILDREN** |
| 129.00 | 12/26/2018 | D | **FINANCIAL AFFIDAVIT JD-FM-6-SHORT** |
| 130.00 | 01/11/2019 | P | **MOTION TO STRIKE**<br>*RESULT:* Order 2/5/2019 HON SUZANNE CARON |
| 130.10 | 02/05/2019 | C | **ORDER**<br>*RESULT:* Order 2/5/2019 HON SUZANNE CARON |
| 130.20 | 03/14/2019 | C | **ORDER**<br>See Corrected Order #130.30<br>*RESULT:* Denied 3/14/2019 HON SUZANNE CARON<br>*Watermark*<br>**Last Updated:** Additional Description - 03/19/2019 |
| 130.30 | 03/18/2019 | C | **ORDER**<br>*RESULT:* Denied 3/18/2019 HON SUZANNE CARON |
| 131.00 | 01/17/2019 | C | **ORDER WITHOUT AGREEMENT OF THE PARTIES - SUPERVISED VISITATION NO VISITATION CENTER (FORM JD-FM-241)** |
| 132.00 | 01/17/2019 | C | **ORDERS OF DUTIES AND FEES - COUNSEL OR GUARDIAN AD LITEM FOR MINOR CHILD OR CHILDREN** |
| 133.00 | 01/17/2019 | C | **ORDER APPOINTING COUNSEL OR GUARDIAN AD LITEM FOR MINOR CHILD OR CHILDREN - EMERGENCY SITUATION** |
| 134.00 | 02/05/2019 | P | **MOTION FOR ORDER**<br>*RESULT:* Order 2/5/2019 HON SUSAN CONNORS |
| 134.10 | 02/05/2019 | C | **ORDER**<br>*RESULT:* Order 2/5/2019 HON SUSAN CONNORS |
| 134.20 | 03/14/2019 | C | **ORDER**<br>See Corrected Order #134.30<br>*RESULT:* Order 3/14/2019 HON SUZANNE CARON<br>*Watermark*<br>**Last Updated:** Additional Description - 03/19/2019 |
| 134.30 | 03/18/2019 | C | **ORDER**<br>*RESULT:* Order 3/18/2019 HON SUZANNE CARON |
| 135.00 | 02/05/2019 | C | **ORDER**<br>*RESULT:* Order 2/5/2019 HON SUZANNE CARON |
| 136.00 | 03/18/2019 | C | **ORDER WITHOUT AGREEMENT OF THE PARTIES - SUPERVISED VISITATION NO VISITATION CENTER (FORM JD-FM-241)** |
| 137.00 | 03/20/2019 | O | **GUARDIAN AD LITEM, REQUEST FOR STATUS CONFERENCE (INCLUDING JD-FM-219)**<br>*RESULT:* Order 4/12/2019 HON SUZANNE CARON |
| 137.10 | 04/01/2019 | C | **ORDER**<br>*RESULT:* Order 4/1/2019 HON SUZANNE CARON<br>**Last Updated:** Entry Number - 04/12/2019 |
| 137.20 | 04/12/2019 | C | **ORDER**<br>*RESULT:* Order 4/12/2019 HON SUZANNE CARON |
| 138.00 | 04/22/2019 | O | **GUARDIAN AD LITEM, REQUEST FOR STATUS CONFERENCE (INCLUDING JD-FM-219)**<br>*RESULT:* Order 5/2/2019 HON SUZANNE CARON |

| | | | |
|---|---|---|---|
| 138.10 | 05/02/2019 | C | **ORDER**<br>See corrected order #138.20<br>*RESULT:* Order 5/2/2019 HON SUZANNE CARON<br>*Watermark*<br>**Last Updated:** Additional Description - 05/03/2019 |
| 138.20 | 05/02/2019 | C | **ORDER**<br>*RESULT:* Order 5/2/2019 HON SUZANNE CARON |
| 139.00 | 05/07/2019 | P | **MOTION FOR CONTEMPT POST-JUDGMENT**<br>Order to Show Cause<br>*RESULT:* Denied 6/20/2019 HON SUZANNE CARON<br>**Last Updated:** Additional Description - 05/08/2019 |
| 139.01 | 05/13/2019 | P | **RETURN OF SERVICE** |
| 139.10 | 06/20/2019 | C | **ORDER**<br>*RESULT:* Denied 6/20/2019 HON SUZANNE CARON |
| 140.00 | 07/02/2019 | C | **ORDER**<br>*RESULT:* Order 7/2/2019 HON SUZANNE CARON |
| 141.00 | 09/24/2019 | P | **BRIEF** |
| 142.00 | 10/11/2019 | C | **MEMORANDUM OF DECISION ON MOTION** |
| 143.00 | 10/11/2019 | C | **LIST OF EXHIBITS (JD-CL-28/JD-CL-28a)** |
| 144.00 | 12/30/2019 | O | **AFFIDAVIT OF EXPENSES OF COUNSEL OR GUARDIAN AD LITEM FOR MINOR CHILD OR CHILDREN** |
| 145.00 | 03/09/2020 | P | **MOTION FOR SANCTIONS** NEW |

**Scheduled Court Dates as of 03/17/2020**

HHB-FA15-5016870-S - OLIVIERI, SARAH v. OLIVIERI, JULIO, G.

| # | Date | Time | Event Description | Status |
|---|---|---|---|---|
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2020, State of Connecticut Judicial Branch

Page Created on 3/18/2020 at 6:59:21 AM

I will always just get out of the way



But I do want you to work hard I don't want you in jail anymore.

Who you fighting with?

No one



I just don't want fights at all

That is what you need to not worry about. Dad is a big man and getting between your mom and i will only build resentment between you and us.

Everytime i had the opportunity i stopped my life to fight to be in your life

Thats all you need to know

 What happened between you and mom isn't my business.

What happened to she and i has neer justified the taking and concealing of you.

I am Muslim. I work at forgiving and patience....

My patience got me you.

Throw me in jail...go for it.

What are they gonna do...let me sit and rot .... so what.

Im going to pray and practice

You my baby girl

 

Always loved you, everything i did in my life everything i do is for my girls.

I hope you get to see my sister

I want to meet her



When you were in jail I constantly asked Sarah if you were ok

I am ex army

Chemical nuclear and biological operations.....Special

Its going about to watch some chemistry when Sarahs girl come over



Ah have fun!

How are you doing?

Chemistry is amazing



Just got home from both my jobs

Yeah? Did you do what you told me you were going to do?



I didn't luke did lol

What your mom wants...

Ok

I'm a angel  I don't do that lol

 What does my mom want?

With that earring gaige madness

Gauge

 I sized down so I can have my ear stretch back normally my piercer gave me tips

Good....

Its time tou begin to reflect on how your image is valued



I have a good image I've never been in trouble I had amazing grades in high school

What about that crazy incident with that older boy



Not my fault lol

The cops he came to your school???

He got in trouble



Not me

Who shpuld i blame for being left in the dark your mom your stepdad the state of New

All the above?

 Nobody!

Smh

 They didn't know that kid was crazy!!!

At that point you should have been in my custody

 Um don't bash my mom and dad. They raised me amazing.



My dad was amazing to me.
He protected me like I was his
own. Same with everyone in
the family



I dodnt say otherwise angel

But you said I should of been
in your custody. That's kind
of bashing them. Look I know
your angry that you never
got to see me. But please
understand that they are my
family and they raised me to be
a bright and amazing person.
They supported me with
everything I've done.

There amazing people. And I
love them.



I didnt say all that

I am saying the best interest of a child would have been to let the noncustodial parent know

Dont get carried away with any undirected contexts

.....

Can we not bring up the custody thing anymore. I don't like it. Makes me feel some type of way...



Im sorry.

So what you doing tonight

Hang with Luke we're having a dinner date



Ok

So what up with classes though

Gotta get into seton hall!



My dream university

What are you doing to make that happen?

I hope you know, i am proud of how strong your are....takes alot of guts to do what you did. It takes alot of maturity to handle life like you did.



What did I do?

You are not to be blamed for anything

Wym?



I'm confused

I just want you to know that i am not just nagging you.

I know... I just really hope you don't fuck me over. My friends dad was out of the picture then reached out to her and then he fucked her over that's why I'm cautious.

But mean you haven't betrayed me so I'm really happy



There you go. And just


But I don't look Irish I think I look Russian

Your maternal grandmother is Italian. You maternal granfather is a mystery, a soee subject in your mothers family.

Sore


Ah are you sure I'm not Russian?

Maybe from him

Mr. Hoffman


Who?

Your mother's father

So whats Alyssa?

 Wym what's Alyssa?

I am sitting down having a soda. You have my undivided attention

 I'm stretching my ears lol

Wym?

 ▷ Photo

Whats up

Stop fucking with my ears. ;)

 I want gauges tho